**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF ARKANSAS

Case number *(if known)* _____  Chapter __11__

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | S & H Systems, Inc |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | FDBA  S & H Industrial Services, Inc. |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 81-0547246 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **2908 S. Caraway Rd. Suite 100**<br>**Jonesboro, AR 72401**<br>Number, Street, City, State & ZIP Code | **P. O. Box 2946**<br>**Jonesboro, AR 72402**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Craighead**<br>County | Location of principal assets, if different from principal place of business<br>**5904  Krueger Rd Jonesboro, AR 72401**<br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **S & H Systems, Inc** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7.** **Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

7389

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

| Debtor | **S & H Systems, Inc** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____   Relationship _____

District _____ When _____ Case number, if known _____

---

**11. Why is the case filed in *this district*?**   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

Debtor   **S & H Systems, Inc**                                                        Case number (*if known*)
         Name

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☒ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million      ☐ More than $50 billion

Debtor   **S & H Systems, Inc**                                          Case number (*if known*) _____
         _____
         Name

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February  2, 2026**
               _____
               MM / DD / YYYY

X **/s/ Mark Donovan**                                          **Mark Donovan**
  _____                            _____
  Signature of authorized representative of debtor             Printed name

Title    **Chief Financial Officer**
         _____

**18. Signature of attorney**

X **/s/ Kevin P. Keech**                          Date **February  2, 2026**
  _____                    _____
  Signature of attorney for debtor                      MM / DD / YYYY

**Kevin P. Keech 98147**
_____
Printed name

**Keech Law Firm, PA**
_____
Firm name

**POB 194**
**Amity, AR 71921**
_____
Number, Street, City, State & ZIP Code

Contact phone   **501 221 3200**          Email address   **kkeech@keechlawfirm.com**
                _____                  _____

**98147 AR**
_____
Bar number and State

**Fill in this information to identify the case:**

Debtor name   **S & H Systems, Inc**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF ARKANSAS

Case number (if known)   _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   **12/15**

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February  2, 2026**        X **/s/ Mark Donovan**
_____        Signature of individual signing on behalf of debtor

                    **Mark Donovan**
                    Printed name

                    **Chief Financial Officer**
                    Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **S & H Systems, Inc** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF ARKANSAS** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Ace Companies, Inc. 14455 Myerlake Circle Clearwater, FL 33760** | | **Credit Account** | | | | **$1,502,174.00** |
| **Alabama Mechanical Systems & C 8708 Rolling Hills Drive Tuscaloosa, AL 35406** | | **Credit Account** | | | | **$1,673,474.80** |
| **Axiom Distribution & Fullfill 1007 N Orange Street, #1164 Wilmington, DE 19801** | | **Credit Account** | | | | **$2,061,313.35** |
| **Brock Solutions US Sytems, LLC 8080 Tristar Drive, Ste 126 Irving, TX 75063** | | **Credit Account** | | | | **$3,217,518.10** |
| **Culver Equipment LLC 1606 S. 1st Ave Phoenix, AZ 85003** | | **Credit Account** | | | | **$2,017,904.83** |
| **Daifuku Intral Logistics Ameri 63 Northwind Pkwy Hobart, IN 46342** | | **Credit Account** | | | | **$709,544.19** |
| **Dematic Corp P. O. Box 152117 Grand Rapids, MI 49505-2117** | | **Credit Account** | | | | **$1,669,971.74** |

Debtor **S & H Systems, Inc**
_____
Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Diversified Automation, Inc. 1914 Stanley Gault Parkway Louisville, KY 40223** | | **Credit Account** | | | | **$1,700,335.07** |
| **Fletchline Electrical Services 5480 Lakeview Road Springfield, TN 37172** | | **Credit Account** | | | | **$640,281.20** |
| **HW Integrated Systems LLC 7910 Innovation Way Mason, OH 45040-9498** | | **Credit Account** | | | | **$623,015.17** |
| **Interroll USA, Inc. P. O. Box 744144 Atlanta, GA 30384-4114** | | **Credit Account** | | | | **$2,658,605.98** |
| **JDM Mechanical Installations, 8705 Business Circle #1 Converse, TX 78109** | | **Credit Account** | | | | **$1,015,120.61** |
| **Ken Hendrix, Jr. 354 Housley Pt. Hot Springs National Park, AR 71913** | | **Loan** | | | | **$509,742.00** |
| **Material Handling Systems, Inc 131 Griffin Way Mount Washington, KY 40047** | | **Credit Account** | | | | **$1,240,317.17** |
| **New Millenium Contractors, Inc P. O. Box 61 Taylorsville, GA 30178-1521** | | **Credit Account** | | | | **$827,928.68** |
| **Roach Manufacturing Corp P. O. Box 1310 Trumann, AR 72472** | | **Credit Account** | | | | **$1,257,527.41** |
| **Steele Solutions, Inc. 9909 S. 57th Street Franklin, WI 53132** | | **Credit Account** | | | | **$1,835,064.10** |

Debtor **S & H Systems, Inc**  Case number *(if known)* _____
  Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Talos Engineer Products, LLC 541 Industrial Drive Lewisburg, TN 37091** | | **Credit Account** | | | | **$1,410,292.00** |
| **Transnorm System, Inc. 2810 Ave. E. East Arlington, TX 76011** | | **Credit Account** | | | | **$492,715.59** |
| **Travis McVay MacKnight Safety Solutions 3902 Reese Road Rosenberg, TX 77471** | | **Credit Account** | | | | **$700,036.10** |

**Fill in this information to identify the case:**

Debtor name   **S & H Systems, Inc**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF ARKANSAS

Case number (if known)   _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
     Copy line 88 from *Schedule A/B*................................................................................    $    **0.00**

   1b. **Total personal property:**
     Copy line 91A from *Schedule A/B*............................................................................    $    **41,717,420.63**

   1c. **Total of all property:**
     Copy line 92 from *Schedule A/B*..............................................................................    $    **41,717,420.63**

| Part 2: | Summary of Liabilities |
| --- | --- |

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................    $    **26,375,887.12**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................    $    **444,028.33**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................    +$    **35,675,367.50**

4. **Total liabilities** ..........................................................................................................
   Lines 2 + 3a + 3b                       $    **62,495,282.95**

**Fill in this information to identify the case:**

Debtor name   **S & H Systems, Inc**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF ARKANSAS

Case number (if known)   _____

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property  12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**   **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **First Horizon - Payroll account** | **Checking** | **4909** | **$60,589.16** |
| 3.2. | **First Horizon - Operating account** | **Checking** | **5965** | **$1,948,344.97** |
| 3.3. | **FNBC** | **Checking** | **2074** | **$170,996.06** |
| 3.4. | **SouthState Bank - Account is swept each night by factoring company. - Memo Ledger Balance $416,585.60** | **Commercial Analyst Account** | **7798** | **$0.00** |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $2,179,930.19 |
|---|

**Part 2:**   **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

Debtor   **S & H Systems, Inc**                                    Case number *(If known)* _____
           Name

7.    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

      7.1.   **Deposit with Captive Insurance with corporate insurance** _____   $36,000.00

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

      8.1.   **Customer Advances - Caliber and United** _____   $534,383.50

      8.2.   **Prepaid Expenses - Aspire** _____   $493,132.91

9.    **Total of Part 2.**
      Add lines 7 through 8. Copy the total to line 81.                         $1,063,516.41

---

**Part 3:**   **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

    ☐ No.  Go to Part 4.
    ■ Yes Fill in the information below.

11.    **Accounts receivable**

       11a. 90 days old or less:    25,435,450.82   -   0.00   = ....   $25,435,450.82
                                    face amount              doubtful or uncollectible accounts

       11b. Over 90 days old:       300,000.00   -   0.00   =....   $300,000.00
                                    face amount              doubtful or uncollectible accounts

12.    **Total of Part 3.**
       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.    $25,735,450.82

---

**Part 4:**   **Investments**

13. **Does the debtor own any investments?**

    ■ No.  Go to Part 5.
    ☐ Yes Fill in the information below.

---

**Part 5:**   **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☐ No.  Go to Part 6.
    ■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19.    **Raw materials**

Debtor  **S & H Systems, Inc**                          Case number *(If known)* _____
           Name

**20.**  **Work in progress**

**21.**  **Finished goods, including goods held for resale**
        Goods held for resale _____          $0.00          _____          $7,996,023.21

**22.**  **Other inventory or supplies**

**23.**  **Total of Part 5.**                                                          $7,996,023.21
        Add lines 19 through 22.  Copy the total to line 84.

**24.**  **Is any of the property listed in Part 5 perishable?**
        ■ No
        ☐ Yes

**25.**  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
        ■ No
        ☐ Yes. Book value _____  Valuation method _____  Current Value _____

**26.**  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No.  Go to Part 8.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.**  **Office furniture**<br>Included in #50 below | $0.00 | | $0.00 |
| **40.**  **Office fixtures** | | | |
| **41.**  **Office equipment, including all computer equipment and communication systems equipment and software**<br>Office furnishings, equipment and software | $0.00 | | $3,800,000.00 |

**42.**  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
        books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
        collections; other collections, memorabilia, or collectibles

**43.**  **Total of Part 7.**                                                          $3,800,000.00
        Add lines 39 through 42.  Copy the total to line 86.

**44.**  **Is a depreciation schedule available for any of the property listed in Part 7?**
        ■ No

Debtor   **S & H Systems, Inc**                                              Case number *(If known)*  _____
         Name

☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Part 8:**   **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.**   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   **2007  GDAN TRAILER 53' SE          1**<br>**GRAA06227 J620448**<br>**2007  GDAN TRAILER 53' SE**<br>**5RTBE202XCD024471**<br>**2012  LARK 20' CARGO TRAILER**<br>**1JJV532W47L059515**<br>**2007  GDAN TRAILER 53' SE          1**<br>**GRAA06277 J620543**<br>**2006  WANC TL53FT              1**<br>**GRAA06207 J619931**<br>**2015  GMC 1500 4x4 15 Crew Denali 6.2L**<br>**8Cyl-F  3GTU2WEC4FG204368**<br>**2007  WANC 53' DRY VAN**<br>**1JJV532W97L059378**<br>**2008  GREAT DANE 53' TRAILER   1**<br>**GRAA06238J626180**<br>**2008   GDAN TRAILER 53'TRAILER   1**<br>**GRAA06248J626589**<br>**2008  GDAN TRAILER 53'TRAILER  1**<br>**GRAA06258J626200**<br>**2010  RETTING 20' FLATBED UTILITY**<br>**TRAILER      4JMBF232XA 1030305** | **$0.00** | **N/A** | **$40,000.00** |
| **48.**   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 48.1.   **2013 LOWE IND 17'  LWC02253J213**<br>**2013  LOWE BOAT TRAILER   5KTBS**<br>**1815DF642166**<br>**2013  MERCURY 50 HP**<br>**1C182533** | **$0.00** | | **$2,500.00** |
| **49.**   **Aircraft and accessories** | | | |
| **50.**   **Other machinery, fixtures, and equipment (excluding farm**<br>**machinery and equipment)**<br>**Machinery and equipment** | **$0.00** | | **$900,000.00** |

Debtor    **S & H Systems, Inc**                                    Case number *(If known)* _____
          Name

51.  **Total of Part 8.**                                                          $942,500.00
     Add lines 47 through 50.  Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
     ■ No
     ☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

     ■ No.  Go to Part 10.
     ☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

     ■ No.  Go to Part 11.
     ☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ■ No.  Go to Part 12.
     ☐ Yes Fill in the information below.

Debtor  **S & H Systems, Inc**  Case number *(If known)* _____
_____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $2,179,930.19 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $1,063,516.41 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $25,735,450.82 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $7,996,023.21 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $3,800,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $942,500.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* .................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $41,717,420.63 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $41,717,420.63 |

**Fill in this information to identify the case:**

Debtor name   **S & H Systems, Inc**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF ARKANSAS

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                   12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A — Amount of claim (Do not deduct the value of collateral.) | Column B — Value of collateral that supports this claim |
|---|---|---|

| 2.1  **Ace Funding Source** | | **$1,530,000.00** | **$34,014,167.07** |

Creditor's Name

**295 Madison Ave., 12th Floor
New York, NY 10017**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**90 days or less: See attached list**

Creditor's email address, if known

Describe the lien
**Lien against future account receivables**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**9/25/25**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2  **Corporate Billing** | | **$20,900,000.00** | **$25,435,450.82** |

Creditor's Name

**P O Box 1726
Decatur, AL 35602**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**90 days or less: Account receivables**

Creditor's email address, if known

Describe the lien
**Lien against account receivables**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**July, 2025**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

Debtor    **S & H Systems, Inc**                                    Case number (if known) _____
_____
     Name

■ No
☐ Yes. Specify each creditor,     ☐ Contingent
including this creditor and its    ☐ Unliquidated
relative                           ☐ Disputed
priority.

---

| 2.3 | **FIJI Funding** | Describe debtor's property that is subject to a lien | $3,945,887.12 | $34,014,167.07 |

Creditor's Name

**1950 Swarthmore Ave.,
Unit 2
Cerrillos, NM 87010**

Creditor's mailing address

**90 days or less: See attached list**

Describe the lien
**Loan against account receivables**
Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes
Is anyone else liable on this claim?

Date debt was incurred

**12/26/2025**

Last 4 digits of account number

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Do multiple creditors have an
interest in the same property?

■ No
☐ Yes. Specify each creditor,
including this creditor and its
relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   $26,375,887.12

---

**Part 2:**   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Fiji Funding
1950 Swathmore Ave
Unit 2
Lakewood, NJ 08701** | Line __2.3__ | |

**Fill in this information to identify the case:**

Debtor name  **S & H Systems, Inc**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF ARKANSAS

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Dept of Workforce Services**
**Employer Account Services**
**P.O. Box 8007**
**Little Rock, AR 72203-8007**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

☑ No
☐ Yes

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**State of Arkansas**
**Department of Finance & Admin**
**P.O. Box 3861**
**Little Rock, AR 72203-3861**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:
**State Taxes**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

☑ No
☐ Yes

Debtor  **S & H Systems, Inc**                                    Case number (if known)
         Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $444,028.33 | $444,028.33 |
|---|---|---|---|---|

**State Taxing Authorities**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sales tax payable in ordinary course of busienss to state taxing authorities**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**United States Treasury
Internal Revenue Service
P O Box 7317
Philadelphia, PA 19114**

*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Federal Taxes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

**Part 2:**  List All Creditors with NONPRIORITY Unsecured Claims

**3.**  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,502,174.00 |
|---|---|---|---|

**Ace Companies, Inc.
14455 Myerlake Circle
Clearwater, FL 33760**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  **Credit Account**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,477.60 |
|---|---|---|---|

**Advance Services, Inc.
12702 Westport Pkway, Ste. 201
Omaha, NE 68138**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number  All open**

Basis for the claim:  **Credit Account**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $60,672.96 |
|---|---|---|---|

**Advansys Esc Corp.
500 Cascade West Pkwy, . #110
Grand Rapids, MI 49546**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number  All open**

Basis for the claim:  **Credit Account**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor __S & H Systems, Inc_____     Case number (if known) _____
     Name

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$159.57** |
|---|---|---|---|

**Advantage Telemessaging**
**529 Reading Ave., Ste. 1**
**Reading, PA 19611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Credit Account__

Last 4 digits of account number __All open__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$199,152.69** |
|---|---|---|---|

**Agilix Solutions, LLC**
**PO Boix 5120**
**Memphis, TN 38101-5120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Credit Account__

Last 4 digits of account number __All open__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$748.32** |
|---|---|---|---|

**Airgas Inc.**
**P O. Box 734672**
**Dallas, TX 75373-4672**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Credit Account__

Last 4 digits of account number __All open__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,673,474.80** |
|---|---|---|---|

**Alabama Mechanical Systems & C**
**8708 Rolling Hills Drive**
**Tuscaloosa, AL 35406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Credit Account__

Last 4 digits of account number __All open__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$37,343.00** |
|---|---|---|---|

**Alba Manufacturing, Inc.**
**P O Box 23129**
**Cincinnati, OH 45223-0128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Credit Account__

Last 4 digits of account number __All open__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Alliant Technologies, LLC**
**2080 Nelson Miller Pkwy**
**Louisville, KY 40223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Credit Account__

Last 4 digits of account number __All open__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,077.00** |
|---|---|---|---|

**Allison Insurance**
**603 SW Drive, Ste. A**
**Jonesboro, AR 72401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Credit Account__

Last 4 digits of account number __All open__

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor   **S & H Systems, Inc**
         Name                                          Case number *(if known)*

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Amazon.com NV Investment Holdings, LLC**
8329 West Sunset Road, #200
Las Vegas, NV 89113

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Have a warrant to purchase 22 1/2 %  (1,746) of common stock of debtor at a strike price of $1,667.67.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $533.37 |

**AR Blueprint, Co.**
10110 W. Markham
Little Rock, AR 72205

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit Account**

Last 4 digits of account number  **All open**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,940.00 |

**Architectual/Interior Solutio**
1220 Winston Road
Wilmington, DE 19803

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit Account**

Last 4 digits of account number  **All open**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**AT & T**
P O Bpx 5014
Carol Stream, IL 60197-5014

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services rendered**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $45,053.78 |

**Automation Outfitters, Inc.**
5907 Kruger Drive
Jonesboro, AR 72401

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit Account**

Last 4 digits of account number  **All open**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,061,313.35 |

**Axiom Distribution & Fullfill**
1007 N Orange Street, #1164
Wilmington, DE 19801

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit Account**

Last 4 digits of account number  **All open**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $116,196.25 |

**Best Manufacturing, Inc.**
P. O. Box 842685
Dallas, TX 75284-2685

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit Account**

Last 4 digits of account number  **All open**

Is the claim subject to offset? ■ No ☐ Yes

Debtor   **S & H Systems, Inc**_____   Case number *(if known)* _____
         Name

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Beurner Corporation**
**800 Apgar Drive**
**Somerset, NJ 08873**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit Accoun0 - NOTICE ONLY**

Last 4 digits of account number  **All open**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $40,206.42 |
|---|---|---|---|

**Bluff City Electronics**
**3339 Fontaine Road**
**Memphis, TN 38116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit Account**

Last 4 digits of account number  **All open**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $57,022.34 |
|---|---|---|---|

**Bridger Automation, LLC**
**3753 Bay Road**
**Street, MD 21154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit Account**

Last 4 digits of account number  **All open**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $234,050.00 |
|---|---|---|---|

**Brightpick, Inc.**
**1830 Airport Exchange Blvd**
**#220**
**Erlanger, KY 41018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit Account**

Last 4 digits of account number  **All open**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $152,923.65 |
|---|---|---|---|

**Brock Solutions Inc.**
**88 Ardelt Ave.**
**Kitchenner,   ON  N2C 2C9**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit Account**

Last 4 digits of account number  **All open**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,217,518.10 |
|---|---|---|---|

**Brock Solutions US Sytems, LLC**
**8080 Tristar Drive, Ste 126**
**Irving, TX 75063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit Account**

Last 4 digits of account number  **All open**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $139,768.40 |
|---|---|---|---|

**Bunting**
**P. O. Box 877814**
**Kansas City, MO 64187-7814**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit Account**

Last 4 digits of account number  **All open**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **S & H Systems, Inc**                                      Case number *(if known)* _____
_____
Name

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $231,036.63 |
|---|---|---|---|

**Card Services Center**
**PO Box 71205**
**Charlotte, NC 28272-1205**

Date(s) debt was incurred _

Last 4 digits of account number  **0259**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit card**

Is the claim subject to offset? ■ No ☐ Yes

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $34,526.37 |
|---|---|---|---|

**CDW Direct LLC**
**200 N. Milwaukee Ave**
**Vernon Hills, IL 60061**

Date(s) debt was incurred _

Last 4 digits of account number  **All open**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Account**

Is the claim subject to offset? ■ No ☐ Yes

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,345.87 |
|---|---|---|---|

**Cintas**
**PO Box 88005**
**Chicago, IL 60680**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $774.42 |
|---|---|---|---|

**City Water and Light**
**PO Box 1289**
**Jonesboro, AR 72403**

Date(s) debt was incurred _

Last 4 digits of account number  **All open**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Account**

Is the claim subject to offset? ■ No ☐ Yes

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,125.00 |
|---|---|---|---|

**Closerstill US, LLC**
**489 Fifth Ave, Floor 5**
**New York, NY 10017**

Date(s) debt was incurred _

Last 4 digits of account number  **All open**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Account**

Is the claim subject to offset? ■ No ☐ Yes

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $390.60 |
|---|---|---|---|

**CLV Services, LLC**
**116 County Road 117**
**Bono, AR 72416**

Date(s) debt was incurred _

Last 4 digits of account number  **All open**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Account**

Is the claim subject to offset? ■ No ☐ Yes

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,090.73 |
|---|---|---|---|

**Comcast Business**
**PO Box 71211**
**Charlotte, NC 28272-1211**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services rendered**

Is the claim subject to offset? ■ No ☐ Yes

Debtor **S & H Systems, Inc**                              Case number *(if known)* _____
             Name

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,660.88** |

**Concur Technologies, Inc.**
**601 108th Ave, Ste. 1000**
**Long Beach, CA 90804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit Account**

Last 4 digits of account number  **All open**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$55,227.90** |

**Consolidation Storage Co. Inc.**
**dba Equipto**
**225 Main Street**
**Tatamy, PA 18085**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit Account**

Last 4 digits of account number  **All open**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$446,413.00** |

**Control Systems Integration Sp**
**575-C West Maple Court**
**Colton, CA 92324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit Account**

Last 4 digits of account number  **All open**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$21,775.88** |

**Courts Management, LLC**
**110 South Hartford Ave. #200**
**Tulsa, OK 74120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit Account**

Last 4 digits of account number  **All open**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$41,949.26** |

**CSD Structural Engineers**
**8989 NPort Washington Rd, #101**
**Milwaukee, WI 53217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit Account**

Last 4 digits of account number  **All open**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,810.94** |

**CTAM dba Kable Kontrol**
**1623 Central Ave, Ste. 5**
**Cheyenne, WY 82001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit Account**

Last 4 digits of account number  **All open**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,017,904.83** |

**Culver Equipment LLC**
**1606 S. 1st Ave**
**Phoenix, AZ 85003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit Account**

Last 4 digits of account number  **All open**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor     **S & H Systems, Inc**                                    Case number *(if known)*  _____
           Name

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$709,544.19** |
|---|---|---|---|

**Daifuku Intral Logistics Ameri**
**63 Northwind Pkwy**
**Hobart, IN 46342**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number  All open**

**Basis for the claim:  Credit Account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,471.38** |
|---|---|---|---|

**Datamax, Inc.**
**P. O. Bix 2235**
**Saint Louis, MO 63109**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number  All open**

**Basis for the claim:  Credit Account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,669,971.74** |
|---|---|---|---|

**Dematic Corp**
**P. O. Box 152117**
**Grand Rapids, MI 49505-2117**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number  All open**

**Basis for the claim:  Credit Account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$110.40** |
|---|---|---|---|

**Designed &Assembly Concepts**
**10949 East Crystal Falls Pkwy**
**Leander, TX 78641**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number  All open**

**Basis for the claim:  Credit Account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$122,880.00** |
|---|---|---|---|

**Designed Electrical Int., Inc.**
**45 Pine Crest Drive**
**Lancaster, KY 40444**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number  All open**

**Basis for the claim:  Credit Account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$232,893.40** |
|---|---|---|---|

**Designed Mechanical Int., Inc.**
**45 Pine Crest Road**
**Lancaster, KY 40444**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number  All open**

**Basis for the claim:  Credit Account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$78,205.55** |
|---|---|---|---|

**Dext Capital LLC**
**P. O. Box 74007351**
**Chicago, IL 60674-7351**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number  All open**

**Basis for the claim:  Credit Account**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **S & H Systems, Inc**    Case number *(if known)* _____
   Name

| | | | |
|---|---|---|---|
| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,700,335.07** |

**Diversified Automation, Inc.**
**1914 Stanley Gault Parkway**
**Louisville, KY 40223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **All open**

Basis for the claim: **Credit Account**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$188,215.00** |
|---|---|---|---|

**Electric Design & Motor**
**Control, Inc.**
**500 Giuseppe Ct #4`**
**Roseville, CA 95678**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **All open**

Basis for the claim: **Credit Account**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$228,632.76** |
|---|---|---|---|

**Elevated Steel, LLC**
**200 Princeton Blvd.**
**Adairsville, GA 30103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **All open**

Basis for the claim: **Credit Account**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,365.49** |
|---|---|---|---|

**Enterprise Holdings, Inc.**
**P. O. Box 402383**
**Atlanta, GA 30384-2383**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **All open**

Basis for the claim: **Credit Account**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,500.00** |
|---|---|---|---|

**Epic Engineering, LLC**
**17048 Ave S.**
**Nashville, TN 37203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **All open**

Basis for the claim: **Credit Account**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Exhititus, Inc.**
**5361 Royal Woods Pkwy**
**Tucker, GA 30084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **All open**

Basis for the claim: **Credit Accoun0 - NOTICE ONLY**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$565.00** |
|---|---|---|---|

**Expeditors Canada**
**55 Standish Court, 11th Floor**
**Mississauga  ON L5R4A1**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **All open**

Basis for the claim: **Credit Account**

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor __S & H Systems, Inc__  Case number (if known) _____
Name

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,525.80 |

**Fast Global Solutions, Inc.**
20631 State Hwy 55
Glenwood, MN 56334

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Credit Account__

Last 4 digits of account number  __All open__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $899.91 |

**Financial Servicing, LLC**
P O Box 5066
Hartford, CT 06102-5066

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Credit Account__

Last 4 digits of account number  __All open__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,508.58 |

**Fives Intra Logistics**
4400 Commerce Crossings, #100
Louisville, KY 40229

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Credit Account__

Last 4 digits of account number  __All open__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $640,281.20 |

**Fletchline Electrical Services**
5480 Lakeview Road
Springfield, TN 37172

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Credit Account__

Last 4 digits of account number  __All open__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $355,248.80 |

**Fletchline Inc.**
5480 Lakeview Road
Springfield, TN 37172

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Credit Account__

Last 4 digits of account number  __All open__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**FMH Conveyors LLC**
P O Box 71284
Chicago, IL 60694-1284

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Credit Accoun0 - NOTICE ONLY__

Last 4 digits of account number  __All open__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $93,735.00 |

**Forvis Mazars, LLP**
P. O. Box 1190
Springfield, MO 65801-1190

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Credit Account__

Last 4 digits of account number  __All open__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **S & H Systems, Inc**                                    Case number (if known) _____

Name

| | |
|---|---|
| 3.60 | **Nonpriority creditor's name and mailing address** |

**Generis Global Partners Corp.**
**555 Richmond Street W, #606**
**Box 119**
**Toronto   ON        M5V3B1**

Date(s) debt was incurred  _

Last 4 digits of account number  **All open**

As of the petition filing date, the claim is: *Check all that apply.*          **$16,407.64**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Credit Account**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.61 | **Nonpriority creditor's name and mailing address** |

**Granger**
**P. O. Box 419267**
**Dept. 432-859992059**
**Kansas City, MO 64141-6267**

Date(s) debt was incurred  _

Last 4 digits of account number  **All open**

As of the petition filing date, the claim is: *Check all that apply.*          **$18,197.45**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Credit Account**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.62 | **Nonpriority creditor's name and mailing address** |

**Graphic Info Systems, Inc.**
**7177 Central Parke Blvd**
**Mason, OH 45040-7451**

Date(s) debt was incurred  _

Last 4 digits of account number  **All open**

As of the petition filing date, the claim is: *Check all that apply.*          **$54,542.37**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Credit Account**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.63 | **Nonpriority creditor's name and mailing address** |

**Grid Connect, Inc.**
**1630 West Diehl Road**
**Naperville, IL 60563**

Date(s) debt was incurred  _

Last 4 digits of account number  **All open**

As of the petition filing date, the claim is: *Check all that apply.*          **$2,803.24**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Credit Account**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.64 | **Nonpriority creditor's name and mailing address** |

**Guest Engineering**
**27 North Lincoln Ave.**
**Newtown, PA 18940**

Date(s) debt was incurred  _

Last 4 digits of account number  **All open**

As of the petition filing date, the claim is: *Check all that apply.*          **$6,900.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Credit Account**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.65 | **Nonpriority creditor's name and mailing address** |

**Habasit America**
**P. O. Box 277416**
**Atlanta, GA 30384-7416**

Date(s) debt was incurred  _

Last 4 digits of account number  **All open**

As of the petition filing date, the claim is: *Check all that apply.*          **$178,271.03**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Credit Account**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.66 | **Nonpriority creditor's name and mailing address** |

**HB Medical Holdings, LLC**
**2221 Hillpark Cove**
**Jonesboro, AR 72401**

Date(s) debt was incurred  _

Last 4 digits of account number  **All open**

As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Credit Accoun0 - NOTICE ONLY**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **S & H Systems, Inc**                                          Case number (if known) _____

       Name

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$111,060.00** |
|---|---|---|---|

**Heartland Millwrights, Inc.**
111615 US-70, Ste. 108B
#275
Arlington, TN 38002

Date(s) debt was incurred _

Last 4 digits of account number  **All open**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Credit Account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Heritage Hauling, LLC**
22854 Aqueduct Way
Moreno Valley, CA 92553

Date(s) debt was incurred _

Last 4 digits of account number  **All open**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Credit Accoun0 - NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$196,158.85** |
|---|---|---|---|

**HH Barnum Company**
7915 Lochlin Drive
Brighton, MI 48116

Date(s) debt was incurred _

Last 4 digits of account number  **All open**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Credit Account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$623,015.17** |
|---|---|---|---|

**HW Integrated Systems LLC**
7910 Innovation Way
Mason, OH 45040-9498

Date(s) debt was incurred _

Last 4 digits of account number  **All open**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Credit Account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$445,899.42** |
|---|---|---|---|

**Hytrol Conveyor Company**
2020 Hytrol Drive
Jonesboro, AR 72401

Date(s) debt was incurred _

Last 4 digits of account number  **All open**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Credit Account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$21,992.25** |
|---|---|---|---|

**Inductive Automation, LLC**
P. O. Box 2030
Folsom, CA 95763

Date(s) debt was incurred _

Last 4 digits of account number  **All open**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Credit Account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$37,063.07** |
|---|---|---|---|

**Infinity Engineering Ser., LLC**
5001 28th Street, Ste. 1040
Grand Rapids, MI 49512

Date(s) debt was incurred _

Last 4 digits of account number  **All open**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Credit Account**

Is the claim subject to offset? ■ No ☐ Yes

Debtor  **S & H Systems, Inc**                                     Case number (if known) _____
         Name

| | |
|---|---|
| **3.74** | |

**Nonpriority creditor's name and mailing address**

**Insight Automation, Inc.**
**2748 Circle Point Drive**
**Erlanger, KY 41018**

Date(s) debt was incurred _

Last 4 digits of account number  **All open**

**As of the petition filing date, the claim is:** *Check all that apply.*    **$991.61**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Credit Account**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| **3.75** | |

**Nonpriority creditor's name and mailing address**

**Installation Team, LLC**
**202 E. Wheatland Rd., Ste. 150**
**Duncanville, TX 75116**

Date(s) debt was incurred _

Last 4 digits of account number  **All open**

**As of the petition filing date, the claim is:** *Check all that apply.*    **$90,070.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Credit Account**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| **3.76** | |

**Nonpriority creditor's name and mailing address**

**Interroll USA, Inc.**
**P. O. Box 744144**
**Atlanta, GA 30384-4114**

Date(s) debt was incurred _

Last 4 digits of account number  **All Open**

**As of the petition filing date, the claim is:** *Check all that apply.*    **$2,658,605.98**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Credit Account**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| **3.77** | |

**Nonpriority creditor's name and mailing address**

**Intralox, LLC LiaTram Group**
**P. O. Box 930367**
**Dallas, TX 75373-0367**

Date(s) debt was incurred _

Last 4 digits of account number  **All open**

**As of the petition filing date, the claim is:** *Check all that apply.*    **$153,537.90**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Credit Account**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| **3.78** | |

**Nonpriority creditor's name and mailing address**

**JDM Mechanical Installations,**
**8705 Business Circle #1**
**Converse, TX 78109**

Date(s) debt was incurred _

Last 4 digits of account number  **All open**

**As of the petition filing date, the claim is:** *Check all that apply.*    **$1,015,120.61**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Credit Account**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| **3.79** | |

**Nonpriority creditor's name and mailing address**

**JR Automation Technologies**
**4190 Sunnyside Drive**
**Holland, MI 49424**

Date(s) debt was incurred _

Last 4 digits of account number  **All open**

**As of the petition filing date, the claim is:** *Check all that apply.*    **$412,332.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Credit Account**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| **3.80** | |

**Nonpriority creditor's name and mailing address**

**Kaeser Compressors**
**P. O. Box 946**
**Fredericksburg, VA 22404**

Date(s) debt was incurred _

Last 4 digits of account number  **All open**

**As of the petition filing date, the claim is:** *Check all that apply.*    **$188,443.83**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Credit Account**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor __S & H Systems, Inc_____     Case number (if known) _____
          Name

| | | |
|---|---|---|
| 3.81 | **Nonpriority creditor's name and mailing address**<br>**Kasa Company**<br>**418 East Ave. B**<br>**Salina, KS 67401** | $82,032.00 |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __All open__

Basis for the claim: __Credit Account__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address**<br>**Ken Hendrix, Jr.**<br>**354 Housley Pt.**<br>**Hot Springs National Park, AR 71913** | $509,742.00 |
|---|---|---|

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Loan__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address**<br>**Koerber Supply Chain, LLC**<br>**P. O. Box 613209**<br>**Dallas, TX 75261** | $19,255.33 |
|---|---|---|

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __All open__

Basis for the claim: __Credit Account__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address**<br>**Labor Finders International**<br>**(Lakewood)**<br>**7033 W. Colfax Ave**<br>**Denver, CO 80214** | $35,352.21 |
|---|---|---|

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __All open__

Basis for the claim: __Credit Account__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address**<br>**Laborfinders Internation**<br>**(Birmingham)**<br>**417 2nd Ave North**<br>**Birmingham, AL 35204** | $40,619.37 |
|---|---|---|

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __All open__

Basis for the claim: __Credit Account__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address**<br>**Mad Men3, LLC**<br>**P. O. Box 259098**<br>**Madison, WI 53725-9098** | $3,690.00 |
|---|---|---|

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __All open__

Basis for the claim: __Credit Account__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | **Nonpriority creditor's name and mailing address**<br>**Marck Recycling and Waster**<br>**6734 Hwy 141 North**<br>**Jonesboro, AR 72401** | $719.44 |
|---|---|---|

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __All open__

Basis for the claim: __Credit Account__

Is the claim subject to offset? ■ No ☐ Yes

Debtor   **S & H Systems, Inc**                                         Case number (if known) _____
_____
Name

| | |
|---|---|

**3.88**

**Nonpriority creditor's name and mailing address**
**Marketing Logistics Int.**
**17500 York Road, Ste. 200**
**Hagerstown, MD 21740**

**Date(s) debt was incurred** _
**Last 4 digits of account number** __All open__

As of the petition filing date, the claim is: Check all that apply.                    **$95,599.95**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Credit Account__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.89**

**Nonpriority creditor's name and mailing address**
**Material Handling Industry**
**8720 Red Oak Blvd. #201**
**Charlotte, NC 28217**

**Date(s) debt was incurred** _
**Last 4 digits of account number** __All open__

As of the petition filing date, the claim is: Check all that apply.                    **$6,775.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.90**

**Nonpriority creditor's name and mailing address**
**Material Handling Systems, Inc**
**131 Griffin Way**
**Mount Washington, KY 40047**

**Date(s) debt was incurred** _
**Last 4 digits of account number** __All open__

As of the petition filing date, the claim is: Check all that apply.                    **$1,240,317.17**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Credit Account__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.91**

**Nonpriority creditor's name and mailing address**
**Matthews Automation Solutions**
**P. O. Box 536457**
**Pittsburgh, PA 15253-5906**

**Date(s) debt was incurred** _
**Last 4 digits of account number** __All open__

As of the petition filing date, the claim is: Check all that apply.                    **$158,673.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Credit Account__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.92**

**Nonpriority creditor's name and mailing address**
**MHEDA**
**118 S. Main Street, Ste. 11**
**Wauconda, IL 60084**

**Date(s) debt was incurred** _
**Last 4 digits of account number** __All open__

As of the petition filing date, the claim is: Check all that apply.                    **$6,550.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Credit Account__

Is the claim subject to offset? ☐ No  ■ Yes

---

**3.93**

**Nonpriority creditor's name and mailing address**
**MHS LPS**
**131 Griffin Way**
**Mount Washington, KY 40047**

**Date(s) debt was incurred** _
**Last 4 digits of account number** __All open__

As of the petition filing date, the claim is: Check all that apply.                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Credit Accoun0 - NOTICE ONLY__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.94**

**Nonpriority creditor's name and mailing address**
**Mid Pacific Engineering, Inc.**
**P O Box 492067**
**Redding, CA 96049**

**Date(s) debt was incurred** _
**Last 4 digits of account number** __All open__

As of the petition filing date, the claim is: Check all that apply.                    **$2,222.30**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Credit Account__

Is the claim subject to offset? ■ No  ☐ Yes

Debtor **S & H Systems, Inc**      Case number (if known) _____

Name

---

**3.95** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,842.91**

**Midwest Industrial Rubber, Inc**
P. O. Box 208013
Dallas, TX 75320-8013

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit Account**

Last 4 digits of account number  **All open**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.96** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$17,430.00**

**Mindstream Analytics, LLC**
1021 E. Lincolnway, #264
Cheyenne, WY 82001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit Account**

Last 4 digits of account number  **All open**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.97** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$18,920.00**

**Monoflow International**
P. O. Box 890066
Charlotte, NC 28289-0066

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit Account**

Last 4 digits of account number  **All open**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.98** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$293.32**

**Motion Industries**
P O. Box 849737
Dallas, TX 75284-9737

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit Account**

Last 4 digits of account number  **All open**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.99** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$40,225.00**

**MPV Express, Inc.**
P. O. Box 30507
Little Rock, AR 72260

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit Account**

Last 4 digits of account number  **All open**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.100** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,184.00**

**Mr. Plastic**
3117 Joshua Street
Little Rock, AR 72204

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit Account**

Last 4 digits of account number  **All open**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.101** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$44,840.00**

**National Conveyer Install. LLC**
1681 Vernon Road
Lagrange, GA 30240

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit Account**

Last 4 digits of account number  **All open**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **S & H Systems, Inc**
_____      Case number (if known) _____
Name

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$40,994.23** |
|---|---|---|---|

**National Dumpster Delivery**
**P. O. Box 188**
**Runnemede, NJ 08078**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Credit Account__

Last 4 digits of account number  __All open__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$813.85** |
|---|---|---|---|

**Neff Power Inc.**
**675 Spirit Valley Central Dr.**
**Chesterfield, MO 63005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Credit Account__

Last 4 digits of account number  __All open__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$827,928.68** |
|---|---|---|---|

**New Millenium Contractors, Inc**
**P. O. Box 61**
**Taylorsville, GA 30178-1521**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Credit Account__

Last 4 digits of account number  __All open__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,605.00** |
|---|---|---|---|

**Nordgear Corporation**
**29287 Netword Place**
**Chicago, IL 60673-1292**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Credit Account__

Last 4 digits of account number  __All open__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15,954.51** |
|---|---|---|---|

**Old Dominion Freighline Inlc.**
**P. O. Box 841324**
**Dallas, TX 75284-1324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Credit Account__

Last 4 digits of account number  __All open__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,989.00** |
|---|---|---|---|

**Om P. Nangia**
**12762 Winfield Pines Court**
**Saint Louis, MO 63131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Credit Account__

Last 4 digits of account number  __All open__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$620.97** |
|---|---|---|---|

**Optimum**
**PO Box 70340**
**Philadelphia, PA 19176**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

Debtor  **S & H Systems, Inc**  Case number (if known) _____
_____
Name

| 3.109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$40,618.75** |
|---|---|---|---|

**Oracle America Inc.**
**500 Oracle Pkwy**
**Redwood City, CA 94065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit Account**

Last 4 digits of account number  **All open**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,770.91** |
|---|---|---|---|

**Orantes Consulting, LLC**
**132 Carle Road, Ste, LLC**
**Westbury, NY 11590**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit Account**

Last 4 digits of account number  **All open**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,000.00** |
|---|---|---|---|

**Orest Kravets dba**
**Kravland, LLC**
**901 Bell Avenue**
**Sacramento, CA 95838-2704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit Account**

Last 4 digits of account number  **All open**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$52,500.00** |
|---|---|---|---|

**Pardigm Holdings Group, LLC**
**385 W. Grove Ave.**
**Orange, CA 92865**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit Account**

Last 4 digits of account number  **All open**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,700.00** |
|---|---|---|---|

**Peerless Medical**
**P. O. Boix 1496**
**Framingham, MA 01701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit Account**

Last 4 digits of account number  **All open**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,000.00** |
|---|---|---|---|

**QPS America, Inc.**
**5005 Rock Side Road, Ste. 600**
**Independence, OH 44131-6827**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit Account**

Last 4 digits of account number  **All open**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$930.00** |
|---|---|---|---|

**Rage Fabrications LLC**
**110 FIrestation Road**
**Trumann, AR 72472**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit Account**

Last 4 digits of account number  **All open**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **S & H Systems, Inc**                                              Case number (if known) _____
         Name

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,577.98 |

**RED Architectural Group**
**3436 Verdugo Road**
**Glendale, CA 91280**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **All open**

Basis for the claim:  **Credit Account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $323,456.31 |

**Reds Electrical Service, Inc.**
**611 N. Union Street**
**Whitesboro, TX 76273**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **All open**

Basis for the claim:  **Credit Account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $48,627.06 |

**Regal Beloit America, Inc.**
**P. O. Box 776077**
**Chicago, IL 60677-6077**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **All open**

Basis for the claim:  **Credit Account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,043.77 |

**RGB Services, Inc.**
**P. O. Box 1927**
**Jonesboro, AR 72403-1927**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **All open**

Basis for the claim:  **Credit Account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,962.50 |

**Ricardo L. Agosti**
**P. O. Box 700**
**Commerce, TX 75429**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **All open**

Basis for the claim:  **Credit Account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,257,527.41 |

**Roach Manufacturing Corp**
**P. O. Box 1310**
**Trumann, AR 72472**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **All open**

Basis for the claim:  **Credit Account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,852.44 |

**RS Americas Inc.**
**P. O. Box 841811**
**Dallas, TX 75284-1811**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **All open**

Basis for the claim:  **Credit Account**

Is the claim subject to offset? ■ No ☐ Yes

Debtor   **S & H Systems, Inc**                                       Case number (if known) _____
_____
Name

| | |
|---|---|
| 3.123 | |

**Nonpriority creditor's name and mailing address**
**Running Threads, LLC**
**342 East Highland**
**Jonesboro, AR 72401**

As of the petition filing date, the claim is: *Check all that apply.*                     **$5,438.68**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Credit Account**

Last 4 digits of account number  **All open**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.124 | |

**Nonpriority creditor's name and mailing address**
**Rusco Packaging, Inc.**
**1010 Regal Row**
**Dallas, TX 75247**

As of the petition filing date, the claim is: *Check all that apply.*                     **$26,310.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Credit Account**

Last 4 digits of account number  **All open**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.125 | |

**Nonpriority creditor's name and mailing address**
**Scout Services, LLC**
**490 Quail Ridge Drive**
**Westmont, IL 60559**

As of the petition filing date, the claim is: *Check all that apply.*                     **$2,450.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Credit Account**

Last 4 digits of account number  **All open**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.126 | |

**Nonpriority creditor's name and mailing address**
**Seeker's Technology**
**301 S. McDowell Street**
**Suite 125-1200**
**Charlotte, NC 28204**

As of the petition filing date, the claim is: *Check all that apply.*                     **$178,092.60**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Credit Account**

Last 4 digits of account number  **All open**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.127 | |

**Nonpriority creditor's name and mailing address**
**Sew Eurodrive Inc.**
**P. O. Bx 951012**
**Dallas, TX 75395-1012**

As of the petition filing date, the claim is: *Check all that apply.*                     **$106,221.53**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Credit Account**

Last 4 digits of account number  **All open**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.128 | |

**Nonpriority creditor's name and mailing address**
**Sick, Inc.**
**Department CH16947**
**Palatine, IL 60055-6947**

As of the petition filing date, the claim is: *Check all that apply.*                     **$24,366.99**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Credit Account**

Last 4 digits of account number  **All open**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.129 | |

**Nonpriority creditor's name and mailing address**
**Signet Testing Laboratires, In**
**498 North 3rd Street**
**Sacramento, CA 95811**

As of the petition filing date, the claim is: *Check all that apply.*                     **$7,106.55**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Credit Account**

Last 4 digits of account number  **All open**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __S & H Systems, Inc_____     Case number (if known) _____
    Name

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,521.31 |

**3.130**

**Nonpriority creditor's name and mailing address**
**Silver Moon Trailers**
**1802 Commerce Drive**
**Jonesboro, AR 72401**

Date(s) debt was incurred _

Last 4 digits of account number __All open__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Credit Account__

Is the claim subject to offset? ■ No ☐ Yes

$1,521.31

---

**3.131**

**Nonpriority creditor's name and mailing address**
**Sintas**
**P. O. Box 8805**
**Chicago, IL 60680-1005**

Date(s) debt was incurred _

Last 4 digits of account number __All open__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Credit Account__

Is the claim subject to offset? ■ No ☐ Yes

$897.99

---

**3.132**

**Nonpriority creditor's name and mailing address**
**Southwestern Electrical Co. In**
**1638 East First Street North**
**Wichita, KS 67214**

Date(s) debt was incurred _

Last 4 digits of account number __All open__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Credit Account__

Is the claim subject to offset? ■ No ☐ Yes

$10,484.00

---

**3.133**

**Nonpriority creditor's name and mailing address**
**SpectrumVolp Inc.**
**PO BOx 733619**
**Dallas, TX 75373**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services Rendered__

Is the claim subject to offset? ■ No ☐ Yes

$302.43

---

**3.134**

**Nonpriority creditor's name and mailing address**
**Steele Solutions, Inc.**
**9909 S. 57th Street**
**Franklin, WI 53132**

Date(s) debt was incurred _

Last 4 digits of account number __All open__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Credit Account__

Is the claim subject to offset? ■ No ☐ Yes

$1,835,064.10

---

**3.135**

**Nonpriority creditor's name and mailing address**
**Summit Utilities Arkansas, Inc**
**PO Box 676344**
**Dallas, TX 75267**

Date(s) debt was incurred _

Last 4 digits of account number __All open__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Credit Account__

Is the claim subject to offset? ■ No ☐ Yes

$727.68

---

**3.136**

**Nonpriority creditor's name and mailing address**
**Sunbelt Finance**
**P.O. Box 1000**
**Memphis, TN 38148-0144**

Date(s) debt was incurred _

Last 4 digits of account number __All open__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Credit Account__

Is the claim subject to offset? ■ No ☐ Yes

$324,700.00

---

Debtor   **S & H Systems, Inc** _____   Case number *(if known)* _____
Name

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,679.00** |
|---|---|---|---|

**Systems Automated, LLC**
**8343 Gateway Drive**
**Argyle, TX 76226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit Account**

Last 4 digits of account number  **Credit Account**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,410,292.00** |
|---|---|---|---|

**Talos Engineer Products, LLC**
**541 Industrial Drive**
**Lewisburg, TN 37091**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit Account**

Last 4 digits of account number  **All open**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,258.62** |
|---|---|---|---|

**Theresa Yankoe**
**Dehnco Equipment & Sales, Inc**
**PO Boxz 866**
**Barrington, IL 60010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit Account**

Last 4 digits of account number  **All open**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,318.24** |
|---|---|---|---|

**Town & Country**
**P. O. Box 407**
**Trumann, AR 72472**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit Account**

Last 4 digits of account number  **All open**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$492,715.59** |
|---|---|---|---|

**Transnorm System, Inc.**
**2810 Ave. E. East**
**Arlington, TX 76011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit Account**

Last 4 digits of account number  **All open**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$700,036.10** |
|---|---|---|---|

**Travis McVay**
**MacKnight Safety Solutions**
**3902 Reese Road**
**Rosenberg, TX 77471**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit Account**

Last 4 digits of account number  **All open**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$636.92** |
|---|---|---|---|

**True, LLC**
**5855 Union Cntre Blvd., #100**
**Fairfield, OH 45014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit Account**

Last 4 digits of account number  **All open**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **S & H Systems, Inc**                                   Case number (if known) _____

Name

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,837.57 |
|---|---|---|---|

**Trusted Tech Team, LLC**
**5171 California Ave, Ste 250**
**Irvine, CA 92617**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **All open**

Basis for the claim:  **Credit Account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,317.00 |
|---|---|---|---|

**UKG, Inc.**
**P. O. Box 930953**
**Atlanta, GA 31193-0695**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **All open**

Basis for the claim:  **Credit Account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $795.00 |
|---|---|---|---|

**UL LLC**
**333 Pfingster Road**
**Northbrook, IL 60062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **All open**

Basis for the claim:  **Credit Account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $299,184.34 |
|---|---|---|---|

**United Rental North America**
**P. O. Box 100711**
**Atlanta, GA 30384**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **All open**

Basis for the claim:  **Credit Account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,222.99 |
|---|---|---|---|

**UPS**
**P. O. Box 650116**
**Waxahachie, TX 75165**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **All open**

Basis for the claim:  **Credit Account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $766.42 |
|---|---|---|---|

**V. Alexander**
**51 Germantown Court, #300**
**Cordova, TN 38018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **All open**

Basis for the claim:  **Credit Account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,849.68 |
|---|---|---|---|

**Verizon Wireless**
**P. O. Box 660108**
**Dallas, TX 75266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **All open**

Basis for the claim:  **Credit Account**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **S & H Systems, Inc**
_____  Case number (if known) _____
Name

| | | |
|---|---|---|
| 3.151 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $205.70 |

**Vertical Screen, Inc.**
**P O Box 1675**
**Southampton, PA 18966**

Date(s) debt was incurred _

Last 4 digits of account number  **All open**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Account

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $5,670.00 |
|---|---|---|

**VFP Fire Systems**
**301 York Ave.**
**Saint Paul, MN 55130**

Date(s) debt was incurred _

Last 4 digits of account number  **All open**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Account

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $9,080.00 |
|---|---|---|

**Wholesale Electric Supply, Inc**
**803 S Robinson Road**
**Texarkana, TX 75501**

Date(s) debt was incurred _

Last 4 digits of account number  **All open**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Account

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $3,302.50 |
|---|---|---|

**Wildeck, Inc.**
**405 Commerce Street**
**Waukesha, WI 53186**

Date(s) debt was incurred _

Last 4 digits of account number  **All open**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Account

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $283,620.00 |
|---|---|---|

**Wit-Con, LLC**
**5599 East Holmes Road**
**Memphis, TN 38118**

Date(s) debt was incurred _

Last 4 digits of account number  **All open**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Account

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**  **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Amazon.com, Inc.**<br>**Attn:  General Councel**<br>**410 Terry Avenue North**<br>**Seattle, WA 98109-5210** | Line  **3.11**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Internal Revenue Service**<br>**700 W. Capitol Ave**<br>**Little Rock, AR 72201** | Line  **2.4**<br><br>☐ Not listed. Explain ____ | _ |

Official Form 206 E/F                Schedule E/F: Creditors Who Have Unsecured Claims                Page 24 of 25

Debtor   **S & H Systems, Inc**

_____

Name

Case number (if known) _____

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.3 **United States Attorney**<br>**425 West Capitol, Suite 500**<br>**Little Rock, AR 72201** | Line  **2.4**<br><br>☐  Not listed. Explain ____ | _ |

| **Part 4:** | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $          444,028.33 |
| **5b. Total claims from Part 2** | 5b.  + | $     35,675,367.50 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $     36,119,395.83 |

**Fill in this information to identify the case:**

Debtor name  **S & H Systems, Inc**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF ARKANSAS

Case number (if known)  _____

☐ Check if this is an
    amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal  Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **This entity holds a warrant to purchase 22 1/2 %  (1,746) of common stock of debtor at a strike price of $1,667.67.** | |
| | State the term remaining | | **Amazon.com NV Investment Holdings, LLC 8329 West Sunset Road, #200 Las Vegas, NV 89113** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **15 years lease for 4708 Bedrock Drive, Jonesboro, Arkansas beginning April 1, 2022 to March 31, 2037 - $3935.00 per month** | |
| | State the term remaining | **161 months** | **AR Capital Holdings (SHHTH ) Attn: Jerry L. Halsey, Jr. 301 West Washington Ave., #200 Jonesboro, AR 72401** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **15 years lease for 4710 Antosh Circle, Unit 1, Jonesboro Arkansas beginning June 2, 2021 through May 31, 2036 - $3935.00 per month** | |
| | State the term remaining | **137 Months** | **AR Capital Holdings (SHHTH ) Attn: Jerry L. Halsey, Jr. 301 West Washington Ave., #200 Jonesboro, AR 72401** |
| | List the contract number of any government contract | | |

Debtor 1   **S & H Systems, Inc**                                    Case number *(if known)* _____
_____
First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | **15 years lease for 213 Hillpoint Cove, Jonesboro, Arkansas beginning July 1, 2022 to June 30, 2037 - $4598.00 per month** | |
| State the term remaining | **164 Months** | **AR Capital Holdings (SHHTH )**<br>**Attn: Jerry L. Halsey, Jr.**<br>**301 West Washington Ave., #200**<br>**Jonesboro, AR 72401** |
| List the contract number of any government contract | | |
| **2.5.** State what the contract or lease is for and the nature of the debtor's interest | **15 Year lease for  4504 Regina Court, Unit 1, Jonesboro Arkansas beginning November 1, 2020 through October 31 2037   - $3025.00 per month with increases over time.** | |
| State the term remaining | **Month to Month** | **AR Capital Holdings (SHHTH )**<br>**Attn: Jerry L. Halsey, Jr.**<br>**301 West Washington Ave., #200**<br>**Jonesboro, AR 72401** |
| List the contract number of any government contract | | |
| **2.6.** State what the contract or lease is for and the nature of the debtor's interest | **10 years lease for 5904 Krueger Drive, Jonesboro Arkansas beginning April 1, 2023 through May 31, 2033 $19,800..00 per month** | |
| State the term remaining | **87 Months** | **AR Capital Holdings (SHHTH )**<br>**Attn: Jerry L. Halsey, Jr.**<br>**301 West Washington Ave., #200**<br>**Jonesboro, AR 72401** |
| List the contract number of any government contract | | |
| **2.7.** State what the contract or lease is for and the nature of the debtor's interest | **10 years lease for 2920 Longview, Jonesboro Arkansas beginning August 1, 2020 through July 31, 2030 - $14,052.50 per month** | |
| State the term remaining | **55 months** | **AR Capital Holdings (SHHTH )**<br>**Attn: Jerry L. Halsey, Jr.**<br>**301 West Washington Ave., #200**<br>**Jonesboro, AR 72401** |
| List the contract number of any government contract | | |

Debtor 1　**S & H Systems, Inc**　　　　　　　　　　　Case number (*if known*)　_____
　　　　　First Name　　　　Middle Name　　　　Last Name

　**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.8.** State what the contract or lease is for and the nature of the debtor's interest | **Technology Services** |
| State the term remaining | **On going** |
| List the contract number of any government contract | **Concur Technologies, Inc.**<br>**601 108th Ave, Ste. 1000**<br>**Long Beach, CA 90804** |
| **2.9.** State what the contract or lease is for and the nature of the debtor's interest | **7 year lease for 381 Riverside Drive, Nashville, TN beginning beginning Feb 1, 2022 through February, 2029 - $12,171.65 per month** |
| State the term remaining | **48 Months** |
| List the contract number of any government contract | **ECG Franklin LP**<br>**C/O Elmington Capital**<br>**1030 16th Ave. S. Ste. 500**<br>**Nashville, TN 37212** |
| **2.10.** State what the contract or lease is for and the nature of the debtor's interest | **Lease for Telephone systems - 60 months @ $100.50 per month** |
| State the term remaining | **2  Months Remaining** |
| List the contract number of any government contract | **Financial Servicing**<br>**11885 Lackland Road**<br>**Saint Louis, MO 63146** |
| **2.11.** State what the contract or lease is for and the nature of the debtor's interest | **Lease for telephones at a second location  - 60 months @ $505.50** |
| State the term remaining | **12 Months** |
| List the contract number of any government contract | **Financial Servicing**<br>**11885 Lackland Road**<br>**Saint Louis, MO 63146** |

Debtor 1  **S & H Systems, Inc**                                    Case number (*if known*) _____
_____
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.12.** State what the contract or lease is for and the nature of the debtor's interest

**4 year lease for 2908 Caraway Rd, Jonesboro Arkansas beginning January 1, 2023 through December 21, 2027 - $39,392.54 per month then increase in month 49 to $41709.75.**

State the term remaining  **24 months**

List the contract number of any government contract  _____

**First Methodist Church of Jonesboro, Inc.
2221 Hillpark Cove
Jonesboro, AR 72401**

---

**2.13.** State what the contract or lease is for and the nature of the debtor's interest

**6 Month lease for 203 N Melton Ave. Building #72, Trumann, Arkansas beginning September 22, 2025 through March 31, 2026 - $4700.00 per month. There is an Addendum renting an dditional 30,000 square feet at this same location that is month to month with no penalties**

State the term remaining  **2 Months**

List the contract number of any government contract  _____

**JMAP LLC
P. O. Box 9
Trumann, AR 72472**

---

**2.14.** State what the contract or lease is for and the nature of the debtor's interest

**Cloud Services - 10 Payments of @18,396.61**

State the term remaining  **4 Months**

List the contract number of any government contract  _____

**Oracle America Inc.
500 Oracle Pkwy
Redwood City, CA 94065**

---

**Fill in this information to identify the case:**

Debtor name **S & H Systems, Inc**

United States Bankruptcy Court for the: EASTERN DISTRICT OF ARKANSAS

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Ken Hendrix, Jr. | 354 Housley Pt. Hot Springs National Park, AR 71913 | Ace Funding Source | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.2 | Ken Hendrix, Jr. | 354 Housley Pt. Hot Springs National Park, AR 71913 | FIJI Funding | ■ D __2.3__ ☐ E/F _____ ☐ G _____ |
| 2.3 | Ken Hendrix, Jr. | 354 Housley Point Hot Springs National Park, AR 71913 | Corporate Billing | ■ D __2.2__ ☐ E/F _____ ☐ G _____ |
| 2.4 | Mark Donovan | | Ace Funding Source | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.5 | Michael Holland | 1125 Aqua Vista Drive NW Gig Harbor, WA 98335 | Corporate Billing | ■ D __2.2__ ☐ E/F _____ ☐ G _____ |

Debtor    **S & H Systems, Inc**                                    Case number *(if known)*  _____

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | *Column 2:* **Creditor** |
| --- | --- |

**Fill in this information to identify the case:**

Debtor name  **S & H Systems, Inc**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF ARKANSAS

Case number (if known)  _____

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:  Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2026** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | **$3,211,363.76** |
   | **For prior year:**<br>From  **1/01/2025** to **12/31/2025** | ■ Operating a business<br>☐ Other  _____ | **$109,196,792.81** |
   | **For year before that:**<br>From  **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other  _____ | **$74,784,113.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|
   | | | |

**Part 2:  List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|

Debtor   **S & H Systems, Inc**                                              Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.   **See attached list** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   **Ken Hendrix, Jr.**<br>**354 Housley Pt.**<br>**Jonesboro, AR 72401**<br>**Owner** | **Aug 25:**<br>**$  15,000.00**<br>**Sept 25:**<br>**109,335.06**<br>**Sept 25:**<br>**15,000.00**<br>**Oct 25:**<br>**15,000.00**<br>**Nov 25:**<br>**15,000.00**<br>**Dec 25:**<br>**15,000.00**<br>**Jan 26:**<br>**15,000.00** | **$199,335.06** | **Repayment of loan made to S & H to pay Jeff Roberts commissions owed.** |
| 4.2.   **James Ron McCullars** | | **$1,800,000.00** | **Stock purchase** |

5. **Repossessions, foreclosures, and returns**

   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

Debtor    **S & H Systems, Inc**                                         Case number *(if known)*

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Beaumer Corporation**<br>**v**<br>**S & H Systems, Inc**<br>**3:26-cv-00002-LPR** | **Debtor sued for unpaid services rendered** | **United States District Court**<br>**600 W. Capitol Avenue**<br>**Little Rock, AR 72201** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Ace Funding Source, LLC**<br>**v**<br>**S & H Supply, Inc, et al** | **Debtor sued for outstanding cash advance** | **Supreme Court of State of New York** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **S & H Systems, Inc.**<br>**v**<br>**Bespoke Manufacturing Company, Inc.**<br>**C20252232** | **Judgment obtained on behalf of S & H Supply, Inc.** | **Superior Court of State of Arizona**<br>**Central Court Building**<br>**201 W. Jefferson Street**<br>**Phoenix, AZ 85003** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:**  **Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:**  **Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:**  **Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

Debtor   **S & H Systems, Inc**                                    Case number *(if known)*

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Keech Law Firm, PA**<br>**2011 S. Broadway**<br>**Little Rock, AR 72206** | | **January, 2026  -** | **$25,000.00** |
| **Email or website address**<br>**kkeech@keechlawfirm.com** | | | |
| **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1. **Ken Hendrix, Jr.**<br>**354 Housley Pt.**<br>**Hot Springs National Park, AR 71913** | **Loan to S & H to pay Jeff Roberts Commission due.** | **2023** | **$600,000.00** |
| **Relationship to debtor**<br>**Shareholder** | | | |

**Part 7:**   **Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:**   **Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■   No. Go to Part 9.
☐   Yes. Fill in the information below.

| Debtor | S & H Systems, Inc | Case number (if known) | |
|---|---|---|---|

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.

☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

■ Yes. Does the debtor serve as plan administrator?

    ☐ No Go to Part 10.

    ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **S & H Systems 401(k) Plan** | EIN: **XX-XXX2964** |

Has the plan been terminated?

■ No

☐ Yes

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do

| Debtor | **S & H Systems, Inc** | Case number *(if known)* | |
|---|---|---|---|

not list leased or rented property.

■ None

**Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■  No.
☐  Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Details About the Debtor's Business or Connections to Any Business**

25.  **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |
| 25.1.  **Hillpoint Aviation, LLC 5904 Krueger Drive Jonesboro, AR 72401** | **Holding Company** | **EIN:**  **XX-XXX** |
| | | **From-To**  **March, 2019 -Still exists but dormant** |

26.  **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|

Debtor   **S & H Systems, Inc**                                    Case number *(if known)*

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Forvis Mazars**<br>**111 Center Street**<br>**Little Rock, AR 72201** | **2020 to Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. **NONE** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Forvis Mazars**<br>**111 Center Street**<br>**Little Rock, AR 72201** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **Corporate Billing**<br>**P O Box 1726**<br>**Decatur, AL 35602** |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1. **Mark Donovan** | | |

| Name and address of the person who has possession of inventory records |
|---|
| **Mark Donovan**<br>**2908 S. Caraway Drive**<br>**Jonesboro, AR 72401** |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Ken Hendrix, Jr.** | **354 Housley Pt.**<br>**Hot Springs National Park, AR 71913** | **Chairman & Secretary** | **30%**<br>**Shareholder** |

Debtor **S & H Systems, Inc**     Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Michael Holland | 1125 Aqua Vista Drive NW<br>Gig Harbor, WA 98335 | COO & President | 20%<br>shareholder |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Mark Donovan | 4910 Antosh Cir. Unit 1<br>Jonesboro, AR 72404 | Chief Financial Officer | 5%<br>Shareholder |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Kenneth Hendrix, III | 2640 County Road 759<br>Jonesboro, AR 72405 | Vice President of Corporate and Public Relations | 5%<br>shareholder |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Hendrix Family Heritage Trust | 354 Housley Pt.<br>Jonesboro, AR 72401 | Shareholder | 30% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| James R. McCullars | 300 Ashford Cove<br>Jonesboro, AR 72402 | Shareholder | 10% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No

☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Jeff Roberts | | Chief Revenue Officer and Director | 2009 - 2023 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| James R. McCullars | 300 Ashford Cove<br>Jonesboro, AR 72402 | Chairman | 2014-2021 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Mark Donovan<br>4910 Antosh Cir. Unit 1<br>Jonesboro, AR 72404 | $333,783.41 | January 1, 2025 - December 31, 2025 | W2 Wages |
| | Relationship to debtor<br>Owner/Shareholder | | | |

Debtor  **S & H Systems, Inc**                    Case number *(if known)*

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.2. | **Michael Holland**<br>**P O Box 2059**<br>**Gig Harbor, WA 98335** | **$666,807.18** | **January 1, 2025 - December 31, 2025** | **W2 Wages** |
| | Relationship to debtor<br>**Owner/Shareholder** | | | |
| 30.3. | **Kenneth J. Hendrix, Jr.**<br>**354 Housley Point**<br>**Hot Springs National Park, AR 71913** | **$250,112.76** | **January 1, 2025 - December 31, 2025** | **W2 Wages** |
| | Relationship to debtor<br>**Owner/shareholder** | | | |
| 30.4. | **Kenneth J. Hendrix, III**<br>**2640 County Road 759**<br>**Jonesboro, AR 72405** | **$273,003.76** | **January 1, 2025 - December 31, 2025** | **W2 Wages** |
| | Relationship to debtor<br>**Owner/Shareholder** | | | |
| 30.5. | **James R.  McCullars**<br>**300 Ashford Cove**<br>**Jonesboro, AR 72402** | **1,800,000.00** | **January 3, 2025 - December 31, 2025** | **Buyout of Stock** |
| | Relationship to debtor<br>**Stockholder** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor   **S & H Systems, Inc**                                    Case number *(if known)*

---

**Part 14:**   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February  2, 2026**

**/s/ Mark Donovan**                                          **Mark Donovan**
Signature of individual signing on behalf of the debtor       Printed name

Position or relationship to debtor    **Chief Financial Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

| Date | Print | Number | Payee | Reconciled Date | Payment |
|------|-------|--------|-------|-----------------|---------|
| 11/5/2025 | F | | 109 JDM Mechanical Installations LLC | 11/28/2025 | $27,100.00 |
| 11/5/2025 | | JE03613 | 109 JDM Mechanical Installations LLC | 11/28/2025 | $7,900.00 |
| 11/14/2025 | F | | 109 JDM Mechanical Installations LLC | 11/28/2025 | $35,000.00 |
| 11/20/2025 | F | | 109 JDM Mechanical Installations LLC | 11/28/2025 | $35,000.00 |
| 11/25/2025 | F | | 109 JDM Mechanical Installations LLC | 11/28/2025 | $35,000.00 |
| 12/3/2025 | F | | 109 JDM Mechanical Installations LLC | 12/31/2025 | $35,000.00 |
| 12/12/2025 | F | | 109 JDM Mechanical Installations LLC | 12/31/2025 | $35,000.00 |
| 12/16/2025 | F | | 109 JDM Mechanical Installations LLC | 12/31/2025 | $35,000.00 |
| 11/14/2025 | F | 40478341196 | 116 KJAS Inc (Ethical Advocate) | 11/28/2025 | $1,600.00 |
| 12/9/2025 | F | 40478341256 | 127 M & R Machine & Tool Inc. | 12/31/2025 | $1,865.85 |
| 10/23/2025 | | JE03456 | 130 Material Handling Systems Inc | 10/31/2025 | $100,000.00 |
| 10/30/2025 | | JE03515 | 130 Material Handling Systems Inc | 10/31/2025 | $100,000.00 |
| 11/5/2025 | | JE03602 | 130 Material Handling Systems Inc | 11/28/2025 | $100,000.00 |
| 11/14/2025 | | JE03868 | 130 Material Handling Systems Inc | 11/28/2025 | $100,000.00 |
| 11/25/2025 | | JE04150 | 130 Material Handling Systems Inc | 11/28/2025 | $100,000.00 |
| 12/16/2025 | | JE04437 | 130 Material Handling Systems Inc | 12/31/2025 | $100,000.00 |
| 12/3/2025 | F | 40478341247 | 140 Motion Industries | 12/31/2025 | $38,886.23 |
| 11/14/2025 | F | | 141 National Construction Rentals | 11/28/2025 | $9,067.96 |
| 11/14/2025 | F | | 147 Nord Gear Corporation | 11/28/2025 | $3,897.87 |
| 10/23/2025 | F | | 156 Old Dominion Freight Line Inc | 10/31/2025 | $8,484.87 |
| 11/5/2025 | F | | 156 Old Dominion Freight Line Inc | 11/28/2025 | $5,419.64 |
| 11/14/2025 | F | | 156 Old Dominion Freight Line Inc | 11/28/2025 | $1,964.76 |
| 11/25/2025 | F | | 156 Old Dominion Freight Line Inc | 11/28/2025 | $10,784.90 |
| 12/3/2025 | F | | 156 Old Dominion Freight Line Inc | 12/31/2025 | $1,541.12 |
| 10/24/2025 | F | 40478341172 | 159 Optimum | 10/31/2025 | $587.13 |
| 12/1/2025 | F | 40478341236 | 159 Optimum | 12/31/2025 | $361.16 |
| 12/1/2025 | F | 40478341237 | 159 Optimum | 12/31/2025 | $239.81 |
| 1/6/2026 | F | 40478341326 | 159 Optimum | Reconcile | $371.16 |
| 1/6/2026 | F | 40478341327 | 159 Optimum | Reconcile | $249.81 |
| 10/23/2025 | F | 40630 | 16 Arkansas State Chamber of Commerce | 11/28/2025 | $5,000.00 |
| 11/14/2025 | F | | 162 Parker Hannifin Corporation | 11/28/2025 | $1,232.54 |
| 11/14/2025 | F | | 173 Rage Fabrications LLC | 11/28/2025 | $11,596.00 |
| 11/4/2025 | F | 40478341179 | 179 Ritter Communications | 11/28/2025 | $425.97 |
| 12/3/2025 | F | 40478341244 | 179 Ritter Communications | 12/31/2025 | $425.97 |
| 1/5/2026 | F | 40478341319 | 179 Ritter Communications | Reconcile | $425.97 |
| 11/4/2025 | F | 40478341175 | 191 SpectrumVoIP Inc | 11/28/2025 | $282.80 |
| 12/3/2025 | F | 40478341254 | 191 SpectrumVoIP Inc | 12/31/2025 | $282.80 |
| 1/5/2026 | F | 40478341317 | 191 SpectrumVoIP Inc | Reconcile | $282.80 |
| 11/13/2025 | F | | 204 Steele Solutions Inc | 11/28/2025 | $500,000.00 |
| 11/25/2025 | F | | 204 Steele Solutions Inc | 11/28/2025 | $125,000.00 |
| 12/3/2025 | F | | 204 Steele Solutions Inc | 12/31/2025 | $125,000.00 |
| 12/12/2025 | F | | 204 Steele Solutions Inc | 12/31/2025 | $125,000.00 |
| 12/16/2025 | F | | 204 Steele Solutions Inc | 12/31/2025 | $125,000.00 |
| 10/24/2025 | F | 40478341170 | 205 Summit Utilities | 10/31/2025 | $285.99 |
| 11/14/2025 | F | 40478341189 | 205 Summit Utilities | 11/28/2025 | $179.92 |
| 1/5/2026 | F | 40478341318 | 205 Summit Utilities | Reconcile | $185.82 |
| 11/11/2025 | F | 40478341186 | 218 United Rentals (North America) Inc | 11/28/2025 | $96,196.42 |
| 11/24/2025 | F | 40478341231 | 218 United Rentals (North America) Inc | 11/28/2025 | $38,484.32 |
| 12/3/2025 | F | 40478341249 | 218 United Rentals (North America) Inc | 12/31/2025 | $37,019.68 |
| 1/6/2026 | F | 40478341328 | 218 United Rentals (North America) Inc | Reconcile | $63,764.25 |
| 1/6/2026 | F | 40478341329 | 218 United Rentals (North America) Inc | Reconcile | $1,422.97 |
| 10/23/2025 | F | 40631 | 220 UPS | 11/28/2025 | $568.65 |
| 11/14/2025 | F | 40639 | 220 UPS | 11/28/2025 | $2,828.06 |
| 12/4/2025 | F | 40646 | 220 UPS | 12/31/2025 | $492.57 |
| 10/23/2025 | F | 40478341137 | 227 Verizon Wireless | 10/31/2025 | $3,680.95 |
| 12/1/2025 | F | 40478341238 | 227 Verizon Wireless | 12/31/2025 | $3,683.72 |
| 12/1/2025 | F | 40478341239 | 227 Verizon Wireless | 12/31/2025 | $3,881.95 |
| 11/25/2025 | F | 40478341233 | 232 Washington Department of Revenue Taxes | 11/28/2025 | $341.83 |
| 12/30/2025 | F | 40478341302 | 232 Washington Department of Revenue Taxes | 12/31/2025 | $935.84 |
| 11/5/2025 | F | 40478341181 | 247 Bay Bridge Administrators LLC | 11/28/2025 | $3,327.62 |
| 12/9/2025 | F | 40478341258 | 247 Bay Bridge Administrators LLC | 12/31/2025 | $3,436.70 |
| 1/16/2026 | F | 40478341350 | 247 Bay Bridge Administrators LLC | Reconcile | $3,464.97 |
| 10/23/2025 | F | | 256 Dematic Corp | 10/31/2025 | $69,613.97 |
| 11/14/2025 | F | | 258 Agile Business Media LLC | 11/28/2025 | $8,000.00 |
| 12/12/2025 | F | | 258 Agile Business Media LLC | 12/31/2025 | $7,000.00 |

| | | | | |
|---|---|---|---|---|
| 12/12/2025 | F | | 262 Mettler Toledo LLC | 12/31/2025 | $12,688.03 |
| 10/23/2025 | F | | 264 MPV Express Inc | 10/31/2025 | $13,300.00 |
| 11/5/2025 | F | | 264 MPV Express Inc | 11/28/2025 | $54,125.00 |
| 11/14/2025 | F | | 264 MPV Express Inc | 11/28/2025 | $11,725.00 |
| 11/25/2025 | F | | 264 MPV Express Inc | 11/28/2025 | $15,300.00 |
| 12/12/2025 | F | | 264 MPV Express Inc | 12/31/2025 | $32,150.00 |
| 12/12/2025 | F | | 265 Conveyor Concepts of Michigan LLC | 12/31/2025 | $8,190.00 |
| 12/12/2025 | F | | 267 Naylor LLC | 12/31/2025 | $3,059.55 |
| 12/12/2025 | F | | 268 Black Equipment Co South Inc | 12/31/2025 | $1,269.96 |
| 11/14/2025 | F | | 276 Dentons Cohen & Grigsby PC | 11/28/2025 | $12,556.18 |
| 11/14/2025 | F | | 280 Marck Recycling & Waste Services | 11/28/2025 | $1,114.70 |
| 12/12/2025 | F | | 280 Marck Recycling & Waste Services | 12/31/2025 | $721.78 |
| 1/14/2026 | F | | 280 Marck Recycling & Waste Services | Reconcile | $719.44 |
| 12/12/2025 | F | | 281 Peerless Media LLC | 12/31/2025 | $16,670.00 |
| 11/5/2025 | F | | 282 HB Medical Holdings LLC | 11/28/2025 | $50,977.57 |
| 12/3/2025 | F | | 282 HB Medical Holdings LLC | 12/31/2025 | $50,977.54 |
| 11/4/2025 | F | 40478341178 | 284 Financial Servicing LLC | 11/28/2025 | $1,200.16 |
| 1/5/2026 | F | 40478341320 | 284 Financial Servicing LLC | Reconcile | $697.80 |
| 12/12/2025 | F | | 287 Logitech Inc | 12/31/2025 | $5,276.00 |
| 12/3/2025 | F | 40478341250 | 288 Cintas | 12/31/2025 | $1,355.70 |
| 12/3/2025 | F | 40478341251 | 288 Cintas | 12/31/2025 | $1,284.52 |
| 12/3/2025 | F | 40478341252 | 288 Cintas | 12/31/2025 | $3,895.96 |
| 12/3/2025 | F | 40478341253 | 288 Cintas | 12/31/2025 | $112.30 |
| 1/7/2026 | F | 40478341332 | 288 Cintas | Reconcile | $648.28 |
| 1/7/2026 | F | 40478341333 | 288 Cintas | Reconcile | $572.08 |
| 1/7/2026 | F | 40478341334 | 288 Cintas | Reconcile | $2,924.69 |
| 10/23/2025 | F | | 294 Interroll USA LLC | 10/31/2025 | $100,000.00 |
| 10/30/2025 | F | | 294 Interroll USA LLC | 10/31/2025 | $100,000.00 |
| 11/5/2025 | F | | 294 Interroll USA LLC | 11/28/2025 | $100,000.00 |
| 11/14/2025 | F | | 294 Interroll USA LLC | 11/28/2025 | $125,000.00 |
| 11/20/2025 | F | | 294 Interroll USA LLC | 11/28/2025 | $125,000.00 |
| 11/25/2025 | F | | 294 Interroll USA LLC | 11/28/2025 | $125,000.00 |
| 12/12/2025 | F | | 294 Interroll USA LLC | 12/31/2025 | $125,000.00 |
| 12/16/2025 | F | | 294 Interroll USA LLC | 12/31/2025 | $125,000.00 |
| 12/12/2025 | F | | 300 Uline Inc | 12/31/2025 | $4,567.77 |
| 11/25/2025 | F | | 307 Hytrol Conveyor Company | 11/28/2025 | $186,947.33 |
| 12/17/2025 | F | | 307 Hytrol Conveyor Company | 12/31/2025 | $513,394.60 |
| 12/30/2025 | F | | 307 Hytrol Conveyor Company | 12/31/2025 | $502,627.10 |
| 1/2/2026 | F | | 307 Hytrol Conveyor Company | Reconcile | $513,483.63 |
| 12/12/2025 | F | | 309 Wildeck Inc | 12/31/2025 | $5,481.00 |
| 10/23/2025 | F | 40478341138 | 317 AT&T Arkansas | 10/31/2025 | $421.32 |
| 12/3/2025 | F | 40478341245 | 317 AT&T Arkansas | 12/31/2025 | $421.32 |
| 1/5/2026 | F | 40478341316 | 317 AT&T Arkansas | Reconcile | $431.31 |
| 11/14/2025 | F | | 319 Enterprise Holdings Inc | 11/28/2025 | $1,991.73 |
| 12/12/2025 | F | | 321 Blevins Termite & Pest Control | 12/31/2025 | $651.00 |
| 10/21/2025 | F | 40478341131 | 325 National Dumpster Delivery LLC | 10/31/2025 | $12,280.00 |
| 11/10/2025 | F | 40478341185 | 325 National Dumpster Delivery LLC | 11/28/2025 | $10,377.90 |
| 12/1/2025 | F | 40478341235 | 325 National Dumpster Delivery LLC | 12/31/2025 | $12,619.00 |
| 12/16/2025 | F | 40478341276 | 325 National Dumpster Delivery LLC | 12/31/2025 | $4,950.00 |
| 1/6/2026 | F | 40478341323 | 325 National Dumpster Delivery LLC | Reconcile | $19,285.00 |
| 11/14/2025 | F | | 330 Datamax Inc | 11/28/2025 | $795.96 |
| 12/12/2025 | F | | 330 Datamax Inc | 12/31/2025 | $747.01 |
| 1/14/2026 | F | | 330 Datamax Inc | Reconcile | $722.72 |
| 10/23/2025 | F | | 335 Fletchline Electrical Services LLC | 10/31/2025 | $2,862.80 |
| 11/14/2025 | F | | 339 Scout Services LLC | 11/28/2025 | $2,625.00 |
| 12/12/2025 | F | | 339 Scout Services LLC | 12/31/2025 | $1,874.94 |
| 10/21/2025 | F | 40478341129 | 34 Cigna | 10/31/2025 | $179,533.22 |
| 11/20/2025 | F | 40478341226 | 34 Cigna | 11/28/2025 | $202,322.02 |
| 12/22/2025 | F | 40478341300 | 34 Cigna | 12/31/2025 | $205,479.78 |
| 11/14/2025 | F | | 340 JNS LLC | 11/28/2025 | $2,012.68 |
| 12/12/2025 | F | | 340 JNS LLC | 12/31/2025 | $2,414.13 |
| 11/14/2025 | F | | 345 Vertical Screen Inc | 11/28/2025 | $770.37 |
| 12/12/2025 | F | | 345 Vertical Screen Inc | 12/31/2025 | $1,546.54 |
| 11/4/2025 | F | 40478341176 | 351 Airgas Inc | 11/28/2025 | $5,308.03 |
| 11/4/2025 | F | 40478341177 | 351 Airgas Inc | 11/28/2025 | $3,991.76 |
| 11/6/2025 | F | 40478341183 | 351 Airgas Inc | 11/28/2025 | $1,073.24 |

| Date | F | Number | Payee | Date | Amount |
|---|---|---|---|---|---|
| 11/18/2025 | F | | 351 Airgas Inc | 11/28/2025 | $5,433.44 |
| 11/18/2025 | F | 40478341224 | 351 Airgas Inc | 11/28/2025 | $592.21 |
| 11/18/2025 | F | 40478341225 | 351 Airgas Inc | 11/28/2025 | $3,072.80 |
| 12/3/2025 | F | 40478341248 | 351 Airgas Inc | 12/31/2025 | $3,947.36 |
| 12/30/2025 | F | 40478341304 | 351 Airgas Inc | 12/31/2025 | $4,118.02 |
| 12/30/2025 | F | 40478341305 | 351 Airgas Inc | 12/31/2025 | $3,148.60 |
| 12/30/2025 | F | 40478341306 | 351 Airgas Inc | 12/31/2025 | $2,065.39 |
| 12/30/2025 | F | 40478341307 | 351 Airgas Inc | 12/31/2025 | $313.27 |
| 1/6/2026 | F | 40478341330 | 351 Airgas Inc | Reconcile | $665.47 |
| 11/14/2025 | F | | 352 Material Handling Industry | 11/28/2025 | $800.00 |
| 10/23/2025 | F | | 354 New Millennium Contractors Inc | 10/31/2025 | $92,333.40 |
| 10/28/2025 | F | | 354 New Millennium Contractors Inc | 10/31/2025 | $67,230.00 |
| 11/4/2025 | F | | 354 New Millennium Contractors Inc | 11/28/2025 | $127,190.28 |
| 11/10/2025 | F | | 354 New Millennium Contractors Inc | 11/28/2025 | $150,515.10 |
| 11/25/2025 | F | | 354 New Millennium Contractors Inc | 11/28/2025 | $205,965.00 |
| 12/9/2025 | | JE04363 | 358 MHS LPS | 12/31/2025 | $9,603.81 |
| 11/14/2025 | F | | 359 Insight Automation Inc | 11/28/2025 | $1,559.20 |
| 11/14/2025 | F | | 361 Bluff City Electronics | 11/28/2025 | $12,554.41 |
| 10/23/2025 | F | | 366 Agilix Solutions LLC | 10/31/2025 | $5,534.92 |
| 12/12/2025 | F | | 366 Agilix Solutions LLC | 12/31/2025 | $37,518.08 |
| 11/5/2025 | F | | 368 UKG Inc | 11/28/2025 | $14,139.00 |
| 12/3/2025 | F | | 368 UKG Inc | 12/31/2025 | $14,145.00 |
| 1/14/2026 | F | | 368 UKG Inc | Reconcile | $21,177.00 |
| 11/14/2025 | F | 40642 | 371 Jonesboro Country Club Inc | 11/28/2025 | $1,559.73 |
| 11/5/2025 | F | 40478341182 | 373 Roach Manufacturing Corporation | 11/28/2025 | $830,244.02 |
| 11/13/2025 | F | 40478341188 | 373 Roach Manufacturing Corporation | 11/28/2025 | $547,807.71 |
| 10/23/2025 | F | | 378 Town & Country | 10/31/2025 | $2,611.90 |
| 11/14/2025 | F | | 378 Town & Country | 11/28/2025 | $10,314.26 |
| 12/12/2025 | F | | 378 Town & Country | 12/31/2025 | $2,347.57 |
| 12/12/2025 | F | | 379 Best Manufacturing Inc | 12/31/2025 | $31,890.84 |
| 10/23/2025 | F | | 381 Sunbelt Finance LLC | 10/31/2025 | $68,300.00 |
| 11/5/2025 | F | | 381 Sunbelt Finance LLC | 11/28/2025 | $9,150.00 |
| 11/14/2025 | F | | 381 Sunbelt Finance LLC | 11/28/2025 | $87,560.00 |
| 11/25/2025 | F | | 381 Sunbelt Finance LLC | 11/28/2025 | $79,850.00 |
| 12/3/2025 | F | | 381 Sunbelt Finance LLC | 12/31/2025 | $23,650.00 |
| 12/12/2025 | F | | 383 Mr Plastic | 12/31/2025 | $1,955.00 |
| 10/23/2025 | F | | 384 Alliant Technologies LLC | 10/31/2025 | $10,000.00 |
| 10/30/2025 | F | | 384 Alliant Technologies LLC | 10/31/2025 | $10,000.00 |
| 11/5/2025 | F | | 384 Alliant Technologies LLC | 11/28/2025 | $10,000.00 |
| 11/14/2025 | F | | 384 Alliant Technologies LLC | 11/28/2025 | $10,000.00 |
| 11/20/2025 | F | | 384 Alliant Technologies LLC | 11/28/2025 | $10,000.00 |
| 11/25/2025 | F | | 384 Alliant Technologies LLC | 11/28/2025 | $10,000.00 |
| 12/3/2025 | F | | 384 Alliant Technologies LLC | 12/31/2025 | $10,000.00 |
| 12/12/2025 | F | | 384 Alliant Technologies LLC | 12/31/2025 | $10,000.00 |
| 12/16/2025 | F | | 384 Alliant Technologies LLC | 12/31/2025 | $10,000.00 |
| 11/5/2025 | F | | 393 Shane McDowell Racing | 11/28/2025 | $2,000.00 |
| 12/3/2025 | F | | 393 Shane McDowell Racing | 12/31/2025 | $2,000.00 |
| 1/8/2026 | F | | 396 Epiq Engineering LLC | Reconcile | $10,250.00 |
| 11/4/2025 | F | | 402 ECG Franklin LP | 11/28/2025 | $7,591.45 |
| 12/3/2025 | F | | 402 ECG Franklin LP | 12/31/2025 | $7,591.45 |
| 1/6/2026 | F | | 402 ECG Franklin LP | Reconcile | $7,000.91 |
| 11/14/2025 | F | | 404 Serve Electric LLC | 11/28/2025 | $100,000.00 |
| 11/25/2025 | F | | 404 Serve Electric LLC | 11/28/2025 | $50,000.00 |
| 12/5/2025 | F | | 404 Serve Electric LLC | 12/31/2025 | $69,959.00 |
| 11/14/2025 | F | 40641 | 408 Arkansas Capital Holdings LLC | 11/28/2025 | $48,460.78 |
| 12/18/2025 | F | 40651 | 408 Arkansas Capital Holdings LLC | 12/31/2025 | $48,460.78 |
| 1/12/2026 | F | 40658 | 408 Arkansas Capital Holdings LLC | Reconcile | $48,460.78 |
| 10/30/2025 | F | | 415 Expeditors International of Washington In | 10/31/2025 | $2,231.40 |
| 10/27/2025 | F | 40478341171 | 426 Card Services Center | 10/31/2025 | $413,079.33 |
| 11/24/2025 | F | 40478341230 | 426 Card Services Center | 11/28/2025 | $532,797.00 |
| 11/26/2025 | F | 40478341234 | 426 Card Services Center | 11/28/2025 | $0.10 |
| 12/23/2025 | F | 40478341301 | 426 Card Services Center | 12/31/2025 | $542,925.12 |
| 11/4/2025 | F | 40634 | 427 Delta Dental | 11/28/2025 | $10,661.39 |
| 12/9/2025 | F | 40648 | 427 Delta Dental | 12/31/2025 | $10,684.96 |
| 1/8/2026 | F | 40653 | 427 Delta Dental | Reconcile | $10,935.28 |
| 11/4/2025 | F | 40635 | 428 Delta Vision | 11/28/2025 | $3,454.38 |

| Date | | Ref | Payee | Date | Amount |
|---|---|---|---|---|---|
| 12/9/2025 | F | 40649 | 428 Delta Vision | 12/31/2025 | $3,578.16 |
| 1/8/2026 | F | 40654 | 428 Delta Vision | Reconcile | $3,938.33 |
| 11/6/2025 | F | 40478341184 | 434 USAble Life | 11/28/2025 | $16,866.99 |
| 12/9/2025 | F | 40478341260 | 434 USAble Life | 12/31/2025 | $19,068.46 |
| 1/8/2026 | F | 40478341339 | 434 USAble Life | Reconcile | $18,120.69 |
| 12/12/2025 | F | | 444 Bunting | 12/31/2025 | $17,187.60 |
| 11/14/2025 | F | 40478341197 | 462 Brock Solutions US Systems LLC | 11/28/2025 | $1,158,483.60 |
| 12/3/2025 | F | 40478341243 | 468 Designed Electrical Integrators Inc | 12/31/2025 | $189,120.00 |
| 12/12/2025 | F | 40478341268 | 468 Designed Electrical Integrators Inc | 12/31/2025 | $26,500.00 |
| 12/31/2025 | F | 40478341310 | 468 Designed Electrical Integrators Inc | 12/31/2025 | $100,840.48 |
| 11/5/2025 | F | 40478341180 | 470 City of Stockton | 11/28/2025 | $9,791.65 |
| 11/14/2025 | F | 40478341193 | 475 Advance Services Inc. | 11/28/2025 | $4,570.56 |
| 12/12/2025 | F | 40478341270 | 475 Advance Services Inc. | 12/31/2025 | $4,769.28 |
| 10/23/2025 | F | 40633 | 48 City Water & Light | 11/28/2025 | $5,393.02 |
| 11/14/2025 | F | 40640 | 48 City Water & Light | 11/28/2025 | $6,377.21 |
| 12/4/2025 | F | 40644 | 48 City Water & Light | 12/31/2025 | $684.09 |
| 12/11/2025 | F | 40478341271 | 48 City Water & Light | 12/31/2025 | $5,618.47 |
| 1/19/2026 | F | 40659 | 48 City Water & Light | Reconcile | $7,710.88 |
| 10/23/2025 | F | 40478341132 | 485 K2Strategix LLC | 10/31/2025 | $8,808.69 |
| 12/3/2025 | F | 40478341241 | 485 K2Strategix LLC | 12/31/2025 | $13,500.00 |
| 12/30/2025 | F | 40478341308 | 485 K2Strategix LLC | 12/31/2025 | $14,500.00 |
| 1/7/2026 | F | 40478341331 | 485 K2Strategix LLC | Reconcile | $7,500.00 |
| 11/14/2025 | F | 40478341195 | 486 Eckert Seamans Cherin & Merllott LLC | 11/28/2025 | $925.00 |
| 12/9/2025 | F | 40478341259 | 5 Star Life Insurance | 12/31/2025 | $9,936.10 |
| 1/8/2026 | F | 40478341338 | 5 Star Life Insurance | Reconcile | $8,410.57 |
| 10/23/2025 | F | 40478341193 | 513 Ricardo L Agosti | 10/31/2025 | $3,450.00 |
| 11/14/2025 | F | 40478341194 | 513 Ricardo L Agosti | 11/28/2025 | $2,662.50 |
| 12/3/2025 | F | 40478341242 | 513 Ricardo L Agosti | 12/31/2025 | $975.00 |
| 1/15/2026 | F | 40478341342 | 513 Ricardo L Agosti | Reconcile | $5,962.50 |
| 1/15/2026 | F | 40478341343 | 517 Brightpick, Inc | Reconcile | $84,050.00 |
| 10/23/2025 | F | 40478341139 | 52 ComCast Business | 11/28/2025 | $1,053.85 |
| 12/3/2025 | F | 40478341246 | 52 ComCast Business | 12/31/2025 | $1,053.85 |
| 1/6/2026 | F | 40478341325 | 52 ComCast Business | Reconcile | $1,090.73 |
| 12/12/2025 | F | 40478341269 | 534 Talos Engineered Products, LLC | 12/31/2025 | $86,884.89 |
| 10/23/2025 | F | 40478341134 | 543 Heartland Millwrights, Inc | 10/31/2025 | $19,155.00 |
| 12/12/2025 | F | 40478341265 | 543 Heartland Millwrights, Inc | 12/31/2025 | $91,702.00 |
| 12/31/2025 | F | 40478341311 | 543 Heartland Millwrights, Inc | 12/31/2025 | $100,174.00 |
| 10/29/2025 | F | 40478341173 | 546 Systems Scale Corporation | 10/31/2025 | $4,584.00 |
| 11/14/2025 | F | 40478341192 | 553 CWC Mechanical, LLC (Infinity Electrical Solutions | 11/28/2025 | $38,229.75 |
| 10/23/2025 | F | 40478341135 | 557 Alabama Mechanical Systems & Conveyors Inc. | 10/31/2025 | $139,568.38 |
| 1/2/2026 | F | 40478341314 | 557 Alabama Mechanical Systems & Conveyors Inc. | Reconcile | $70,000.00 |
| 10/23/2025 | F | 40478341136 | 558 Orantes Consulting LLC | 10/31/2025 | $13,757.39 |
| 11/14/2025 | F | 40478341191 | 558 Orantes Consulting LLC | 11/28/2025 | $23,703.98 |
| 12/5/2025 | F | 40478341255 | 558 Orantes Consulting LLC | 12/31/2025 | $13,955.20 |
| 12/16/2025 | F | 40478341274 | 558 Orantes Consulting LLC | 12/31/2025 | $11,499.67 |
| 12/16/2025 | F | 40478341273 | 562 J.F. Ahern Co. | 12/31/2025 | $25,312.00 |
| 12/12/2025 | F | 40478341266 | 564 Kasa Companies | 12/31/2025 | $1.00 |
| 12/16/2025 | F | 40478341272 | 564 Kasa Companies | 12/31/2025 | $156,455.00 |
| 12/12/2025 | F | 40478341267 | 565 Rubber & Gasket Company of America, Inc. | 12/31/2025 | $2,753.75 |
| 11/24/2025 | F | 40478341232 | 569 Employer Solutions Staffing Group, LLC (Synergy) | 11/28/2025 | $65,472.64 |
| 12/2/2025 | F | 40478341240 | 569 Employer Solutions Staffing Group, LLC (Synergy) | 12/31/2025 | $69,550.61 |
| 12/9/2025 | F | 40478341257 | 569 Employer Solutions Staffing Group, LLC (Synergy) | 12/31/2025 | $69,338.30 |
| 12/16/2025 | F | 40478341275 | 569 Employer Solutions Staffing Group, LLC (Synergy) | 12/31/2025 | $109,349.90 |
| 12/31/2025 | F | 40478341309 | 569 Employer Solutions Staffing Group, LLC (Synergy) | 12/31/2025 | $111,375.80 |
| 11/5/2025 | F | | 58 Concur Technologies Inc. | 11/28/2025 | $3,165.94 |
| 12/3/2025 | F | | 58 Concur Technologies Inc. | 12/31/2025 | $4,173.84 |
| 1/14/2026 | F | | 58 Concur Technologies Inc. | Reconcile | $4,487.04 |
| 12/3/2025 | F | | 59 Control Systems Integration Specialists | 12/31/2025 | $122,910.80 |
| 1/15/2026 | F | | 59 Control Systems Integration Specialists | Reconcile | $121,257.30 |
| 10/30/2025 | F | 40478341174 | 592 Expeditors Canada, Inc. | 10/31/2025 | $1,518.60 |
| 12/9/2025 | F | 40478341263 | 604 Kenton County | 12/31/2025 | $620.58 |
| 1/5/2026 | F | 40478341322 | 610 First Methodist Church of Jonesboro, Inc. | Reconcile | $50,980.03 |
| 1/14/2026 | F | 40478341340 | 616 Keech Law Firm | Reconcile | $100.00 |
| 1/14/2026 | F | 40478341341 | 616 Keech Law Firm | Reconcile | $24,900.00 |
| 12/12/2025 | F | | 91 Grainger | 12/31/2025 | $6,652.35 |
| 10/23/2025 | F | | 92 Graphic Info Systems Inc | 10/31/2025 | $420.01 |

| Date | F | Ref | Name | Date | Amount |
|---|---|---|---|---|---|
| 12/12/2025 | F | | 92 Graphic Info Systems Inc | 12/31/2025 | $529.36 |
| 12/12/2025 | F | | 95 Habasit America | 12/31/2025 | $138,380.70 |
| 11/17/2025 | | JE03972 | CAS | 11/28/2025 | $614.37 |
| 11/24/2025 | | JE04145 | CAS | 11/28/2025 | $2,489.58 |
| 12/2/2025 | | JE04197 | CAS | 12/31/2025 | $3,592.49 |
| 12/8/2025 | | JE04301 | CAS | 12/31/2025 | $738.67 |
| 12/15/2025 | | JE04383 | CAS | 12/31/2025 | $745.46 |
| 12/22/2025 | | JE04527 | CAS | 12/31/2025 | $2,703.57 |
| 12/30/2025 | | JE04573 | CAS | 12/31/2025 | $1,030.49 |
| 1/5/2026 | | JE04612 | CAS | Reconcile | $691.37 |
| 1/16/2026 | | JE04913 | CAS | Reconcile | $561.13 |
| 1/20/2026 | | JE04945 | CAS | Reconcile | $546.35 |
| 10/27/2025 | | JE03483 | CAS | 10/31/2025 | $3,228.32 |
| 11/3/2025 | | JE03528 | CAS | 11/28/2025 | $2,435.50 |
| 11/5/2025 | | JE03601 | CAS | 11/28/2025 | $1,677.42 |
| 11/10/2025 | | JE03744 | CAS | 11/28/2025 | $1,842.71 |
| 11/20/2025 | | JE04141 | Empower | 11/28/2025 | $32,395.29 |
| 11/26/2025 | | JE04152 | Empower | 11/28/2025 | $34,807.96 |
| 12/5/2025 | | JE04296 | Empower | 12/31/2025 | $31,405.20 |
| 1/15/2026 | | JE04850 | Empower | Reconcile | $34,530.30 |
| 10/24/2025 | | JE03462 | Empower | 10/31/2025 | $32,269.01 |
| 10/30/2025 | | JE03508 | Empower | 10/31/2025 | $32,414.24 |
| 11/6/2025 | | JE03608 | Empower | 11/28/2025 | $33,935.37 |
| 11/13/2025 | | JE03809 | Empower | 11/28/2025 | $32,770.37 |
| 12/10/2025 | | JE04379 | Empower | 12/31/2025 | $29,978.84 |
| 12/17/2025 | | JE04461 | Empower | 12/31/2025 | $31,072.80 |
| 12/26/2025 | | JE04538 | Empower | 12/31/2025 | $29,642.73 |
| 1/2/2026 | | JE04587 | Empower | Reconcile | $33,045.60 |
| 1/9/2026 | | JE04661 | Empower | Reconcile | $32,530.99 |
| 11/4/2025 | | JE03549 | IPFS Corporation | 11/28/2025 | $21,318.97 |
| 12/2/2025 | | JE04200 | IPFS Corporation | 12/31/2025 | $21,318.97 |
| 1/5/2026 | | JE04613 | IPFS Corporation | Reconcile | $21,318.97 |
| 12/2/2025 | | JE04206 | Ron McCullars | 12/31/2025 | $100,000.00 |
| 12/31/2025 | | JE04591 | Ron McCullars | 12/31/2025 | $100,000.00 |
| 10/31/2025 | | JE03535 | Ron McCullars | 10/31/2025 | $100,000.00 |
| 11/18/2025 | F | 40478341198 | Tax Agency AL : Tax Agency AL (2-1692692777) | 11/28/2025 | $14,117.94 |
| 1/16/2026 | F | 40478341344 | Tax Agency AL : Tax Agency AL (2-1692692777) | Reconcile | $900.30 |
| 11/18/2025 | F | 40478341199 | Tax Agency AR : Tax Agency AR (2-1691329760) | 11/28/2025 | $15,509.00 |
| 1/16/2026 | F | 40478341345 | Tax Agency AR : Tax Agency AR (2-1691329760) | Reconcile | $110.00 |
| 1/16/2026 | F | 40478341346 | Tax Agency AZ : Tax Agency AZ (2-1692692777) | Reconcile | $6,691.20 |
| 11/18/2025 | F | 40478341200 | Tax Agency CA : Tax Agency CA (2-1692692777) | 11/28/2025 | $27,842.85 |
| 11/18/2025 | F | 40478341201 | Tax Agency CA : Tax Agency CA (2-1692692777) | 11/28/2025 | $7.42 |
| 11/18/2025 | F | 40478341202 | Tax Agency CA : Tax Agency CA (2-1692692777) | 11/28/2025 | $3.40 |
| 12/18/2025 | F | 40478341277 | Tax Agency CA : Tax Agency CA (2-1692692777) | 12/31/2025 | $11,886.41 |
| 12/18/2025 | F | 40478341278 | Tax Agency CA : Tax Agency CA (2-1692692777) | 12/31/2025 | $2.55 |
| 1/16/2026 | F | 40478341347 | Tax Agency CA : Tax Agency CA (2-1692692777) | Reconcile | $30,838.37 |
| 1/16/2026 | F | 40478341349 | Tax Agency CT : Tax Agency CT (2-1692692777) | Reconcile | $1,261.00 |
| 11/18/2025 | F | 40478341203 | Tax Agency FL : Tax Agency FL (2-1692692777) | 11/28/2025 | $33,460.84 |
| 12/18/2025 | F | 40478341279 | Tax Agency FL : Tax Agency FL (2-1692692777) | 12/31/2025 | $1,296.83 |
| 12/31/2025 | F | 40478341312 | Tax Agency FL : Tax Agency FL (2-1692692777) | Reconcile | $30.00 |
| 1/16/2026 | F | 40478341351 | Tax Agency FL : Tax Agency FL (2-1692692777) | Reconcile | $19,207.61 |
| 11/18/2025 | F | 40478341204 | Tax Agency GA : Tax Agency GA (2-1692692777) | 11/28/2025 | $493.20 |
| 1/16/2026 | F | 40478341352 | Tax Agency GA : Tax Agency GA (2-1692692777) | Reconcile | $1,158.93 |
| 11/18/2025 | F | 40478341205 | Tax Agency IA : Tax Agency IA (2-1692692777) | 11/28/2025 | $1,476.67 |
| 11/18/2025 | F | 40478341206 | Tax Agency IA : Tax Agency IA (2-1692692777) | 11/28/2025 | $9,819.57 |
| 12/18/2025 | F | 40478341280 | Tax Agency IA : Tax Agency IA (2-1692692777) | 12/31/2025 | $391.88 |
| 1/16/2026 | F | 40478341353 | Tax Agency IA : Tax Agency IA (2-1692692777) | Reconcile | $34.49 |
| 11/18/2025 | F | 40478341207 | Tax Agency IL : Tax Agency IL (2-1692692777) | 11/28/2025 | $1,040.00 |
| 12/18/2025 | F | 40478341281 | Tax Agency IL : Tax Agency IL (2-1692692777) | 12/31/2025 | $1,070.00 |
| 1/16/2026 | F | 40478341354 | Tax Agency IL : Tax Agency IL (2-1692692777) | Reconcile | $23,480.00 |
| 1/16/2026 | F | 40478341355 | Tax Agency IN : Tax Agency IN (2-1692692777) | Reconcile | $14,137.66 |
| 11/18/2025 | F | 40478341208 | Tax Agency LA : Tax Agency LA (2-1692692777) | 11/28/2025 | $180.44 |
| 12/18/2025 | F | 40478341283 | Tax Agency LA : Tax Agency LA (2-1692692777) | 12/31/2025 | $1,422.03 |
| 1/16/2026 | F | 40478341356 | Tax Agency LA : Tax Agency LA (2-1692692777) | Reconcile | $21.51 |
| 11/18/2025 | F | 40478341210 | Tax Agency MD : Tax Agency MD (2-1692692777) | 11/28/2025 | $27,839.31 |
| 12/18/2025 | F | 40478341284 | Tax Agency MD : Tax Agency MD (2-1692692777) | 12/31/2025 | $7,237.75 |

| 1/16/2026 | F | 40478341358 | Tax Agency MD : Tax Agency MD (2-1692692777) | Reconcile | $4,858.48 |
| 1/16/2026 | F | 40478341360 | Tax Agency MO : Tax Agency MO (2-1692692777) | Reconcile | $746.71 |
| 11/18/2025 | F | 40478341211 | Tax Agency MS : Tax Agency MS (2-1692692777) | 11/28/2025 | $25,127.92 |
| 12/18/2025 | F | 40478341285 | Tax Agency MS : Tax Agency MS (2-1692692777) | 12/31/2025 | $510.09 |
| 1/16/2026 | F | 40478341361 | Tax Agency MS : Tax Agency MS (2-1692692777) | Reconcile | $307.91 |
| 11/18/2025 | F | 40478341212 | Tax Agency NC : Tax Agency NC (2-1692692777) | 11/28/2025 | $31,294.62 |
| 12/18/2025 | F | 40478341286 | Tax Agency NC : Tax Agency NC (2-1692692777) | 12/31/2025 | $19,491.38 |
| 1/16/2026 | F | 40478341362 | Tax Agency NC : Tax Agency NC (2-1692692777) | Reconcile | $57,474.20 |
| 11/18/2025 | F | 40478341213 | Tax Agency NJ : Tax Agency NJ (2-1692692778) | 11/28/2025 | $5,784.26 |
| 12/18/2025 | F | 40478341287 | Tax Agency NJ : Tax Agency NJ (2-1692692778) | 12/31/2025 | $25,057.46 |
| 1/16/2026 | F | 40478341365 | Tax Agency NJ : Tax Agency NJ (2-1692692778) | Reconcile | $4,246.10 |
| 11/18/2025 | F | 40478341214 | Tax Agency NV : Tax Agency NV (2-1692692778) | 11/28/2025 | $60.61 |
| 12/18/2025 | F | 40478341288 | Tax Agency NV : Tax Agency NV (2-1692692778) | 12/31/2025 | $960.66 |
| 1/16/2026 | F | 40478341366 | Tax Agency NV : Tax Agency NV (2-1692692778) | Reconcile | $4,590.40 |
| 11/18/2025 | F | 40478341215 | Tax Agency NY : Tax Agency NY (2-1692692778) | 11/28/2025 | $16,825.75 |
| 12/18/2025 | F | 40478341289 | Tax Agency NY : Tax Agency NY (2-1692692778) | 12/31/2025 | $3,867.95 |
| 1/16/2026 | F | 40478341367 | Tax Agency NY : Tax Agency NY (2-1692692778) | Reconcile | $2,516.50 |
| 11/18/2025 | F | 40478341216 | Tax Agency PA : Tax Agency PA (2-1692692778) | 11/28/2025 | $23,193.89 |
| 11/18/2025 | F | 40478341217 | Tax Agency PA : Tax Agency PA (2-1692692778) | 11/28/2025 | $1,550.70 |
| 12/18/2025 | F | 40478341291 | Tax Agency PA : Tax Agency PA (2-1692692778) | 12/31/2025 | $28,472.44 |
| 12/18/2025 | F | 40478341292 | Tax Agency PA : Tax Agency PA (2-1692692778) | 12/31/2025 | $1,000.00 |
| 1/16/2026 | F | 40478341369 | Tax Agency PA : Tax Agency PA (2-1692692778) | Reconcile | $29,958.03 |
| 1/16/2026 | F | 40478341370 | Tax Agency PA : Tax Agency PA (2-1692692778) | Reconcile | $500.00 |
| 11/18/2025 | F | 40478341218 | Tax Agency SC : Tax Agency SC (2-1692692778) | 11/28/2025 | $14,475.19 |
| 12/18/2025 | F | 40478341293 | Tax Agency SC : Tax Agency SC (2-1692692778) | 12/31/2025 | $158.30 |
| 1/16/2026 | F | 40478341371 | Tax Agency SC : Tax Agency SC (2-1692692778) | Reconcile | $1,909.28 |
| 11/18/2025 | F | 40478341219 | Tax Agency TN : Tax Agency TN (2-1692692778) | 11/28/2025 | $29,800.00 |
| 12/18/2025 | F | 40478341294 | Tax Agency TN : Tax Agency TN (2-1692692778) | 12/31/2025 | $7,289.00 |
| 1/16/2026 | F | 40478341372 | Tax Agency TN : Tax Agency TN (2-1692692778) | Reconcile | $600.00 |
| 11/18/2025 | F | 40478341220 | Tax Agency TX : Tax Agency TX (2-1692692778) | 11/28/2025 | $21,827.24 |
| 12/18/2025 | F | 40478341295 | Tax Agency TX : Tax Agency TX (2-1692692778) | 12/31/2025 | $63,346.93 |
| 1/16/2026 | F | 40478341373 | Tax Agency TX : Tax Agency TX (2-1692692778) | Reconcile | $26,830.15 |
| 11/18/2025 | F | 40478341221 | Tax Agency UT : Tax Agency UT (2-1692692778) | 11/28/2025 | $940.88 |
| 12/18/2025 | F | 40478341296 | Tax Agency UT : Tax Agency UT (2-1692692778) | 12/31/2025 | $6.72 |
| 1/16/2026 | F | 40478341374 | Tax Agency UT : Tax Agency UT (2-1692692778) | Reconcile | $16.50 |
| 11/18/2025 | F | 40478341222 | Tax Agency WA : Tax Agency WA (2-1692692778) | 11/28/2025 | $4,085.77 |
| 12/18/2025 | F | 40478341298 | Tax Agency WA : Tax Agency WA (2-1692692778) | 12/31/2025 | $9,722.67 |
| 1/16/2026 | F | 40478341375 | Tax Agency WA : Tax Agency WA (2-1692692778) | Reconcile | $797.53 |
| 1/16/2026 | F | 40478341376 | Tax Agency WI : Tax Agency WI (2-1692692778) | Reconcile | $65,493.62 |
| 11/18/2025 | F | 40478341223 | Tax Agency WV : Tax Agency WV (2-1744207482) | 11/28/2025 | $15,489.03 |
| 12/18/2025 | F | 40478341299 | Tax Agency WV : Tax Agency WV (2-1744207482) | 12/31/2025 | $7,288.80 |
| 1/16/2026 | F | 40478341377 | Tax Agency WV : Tax Agency WV (2-1744207482) | Reconcile | $11,361.21 |

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
### Eastern District of Arkansas

In re    **S & H Systems, Inc** _____    Case No. _____
                   Debtor(s)           Chapter    **11** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | | |
   |---|---|---|
   | For legal services, I have agreed to accept | $ | Per Engagement |
   | Prior to the filing of this statement I have received | $ | $25,000.00 |
   | Balance Due | $ | Per Court Order |

2. The source of the compensation paid to me was:

   ☑ Debtor    ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ☑ Debtor    ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [List other services that counsel has agreed to provide]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____      **/s/ Kevin P. Keech**
_Date_      **Kevin P. Keech 98147**
     _Signature of Attorney_
     **Keech Law Firm, PA**
     **2011 S. Broadway**
     **Little Rock, Arkansas 72206**
     **501 221 3200  Fax: 501 221 3201**
     **kkeech@keechlawfirm.com**
     _Name of law firm_

# United States Bankruptcy Court
## Eastern District of Arkansas

In re  **S & H Systems, Inc**

Debtor(s)

Case No. _____

Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Hendrix Family Heritage Trust**<br>**354 Housley Pt.**<br>**Jonesboro, AR 72401** | | **30%** | **Shareholder** |
| **James Ron McCullars**<br>**300 Ashford Cove**<br>**Jonesboro, AR 72402** | | **10%** | **Shareholder** |
| **Ken Hendrix, Jr.**<br>**354 Housley Pt.**<br>**Hot Springs National Park, AR 71913** | | **30%** | **Shareholder** |
| **Kenneth Hendrix, III**<br>**2640 County Road 759**<br>**Jonesboro, AR 72405** | | **5%** | **Shareholder** |
| **Mark Donovan**<br>**4910 Antosh Cir. Unit 1**<br>**Jonesboro, AR 72404** | | **5%** | **Shareholder** |
| **Michael Holland**<br>**1125 Aqua Vista Drive NW**<br>**Gig Harbor, WA 98335** | | **20%** | **Shareholder** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Financial Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **February  2, 2026**

Signature  **/s/ Mark Donovan**

**Mark Donovan**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**United States Bankruptcy Court**
**Eastern District of Arkansas**

In re    **S & H Systems, Inc**                             Case No. _____

                                        Debtor(s)            Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Financial Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **February 2, 2026**                     **/s/ Mark Donovan**

                                          **Mark Donovan**/**Chief Financial Officer**
                                          Signer/Title

```
Ace Companies, Inc.
14455 Myerlake Circle
Clearwater, FL 33760


Ace Funding Source
295 Madison Ave., 12th Floor
New York, NY 10017


Advance Services, Inc.
12702 Westport Pkway, Ste. 201
Omaha, NE 68138


Advansys Esc Corp.
500 Cascade West Pkwy, . #110
Grand Rapids, MI 49546


Advantage Telemessaging
529 Reading Ave., Ste. 1
Reading, PA 19611


Agilix Solutions, LLC
PO Boix 5120
Memphis, TN 38101-5120


Airgas Inc.
P O. Box 734672
Dallas, TX 75373-4672


Alabama Mechanical Systems & C
8708 Rolling Hills Drive
Tuscaloosa, AL 35406


Alba Manufacturing, Inc.
P O Box 23129
Cincinnati, OH 45223-0128


Alliant Technologies, LLC
2080 Nelson Miller Pkwy
Louisville, KY 40223


Allison Insurance
603 SW Drive, Ste. A
Jonesboro, AR 72401
```

```
Amazon.com NV Investment
Holdings, LLC
8329 West Sunset Road, #200
Las Vegas, NV 89113


Amazon.com, Inc.
Attn:  General Councel
410 Terry Avenue North
Seattle, WA 98109-5210


AR Blueprint, Co.
10110 W. Markham
Little Rock, AR 72205


AR Capital Holdings (SHHTH )
Attn: Jerry L. Halsey, Jr.
301 West Washington Ave., #200
Jonesboro, AR 72401


Architectual/Interior Solutio
1220 Winston Road
Wilmington, DE 19803


AT & T
P O Bpx 5014
Carol Stream, IL 60197-5014


Automation Outfitters, Inc.
5907 Kruger Drive
Jonesboro, AR 72401


Axiom Distribution & Fullfill
1007 N Orange Street, #1164
Wilmington, DE 19801


Best Manufacturing, Inc.
P. O. Box 842685
Dallas, TX 75284-2685


Beurner Corporation
800 Apgar Drive
Somerset, NJ 08873
```

Bluff City Electronics
3339 Fontaine Road
Memphis, TN 38116


Bridger Automation, LLC
3753 Bay Road
Street, MD 21154


Brightpick, Inc.
1830 Airport Exchange Blvd
#220
Erlanger, KY 41018


Brock Solutions Inc.
88 Ardelt Ave.
Kitchener,   ON  N2C 2C9


Brock Solutions US Sytems, LLC
8080 Tristar Drive, Ste 126
Irving, TX 75063


Bunting
P. O. Box 877814
Kansas City, MO 64187-7814


Card Services Center
PO Box 71205
Charlotte, NC 28272-1205


CDW Direct LLC
200 N. Milwaukee Ave
Vernon Hills, IL 60061


Cintas
PO Box 88005
Chicago, IL 60680


City Water and Light
PO Box 1289
Jonesboro, AR 72403

```
Closerstill US, LLC
489 Fifth Ave, Floor 5
New York, NY 10017


CLV Services, LLC
116 County Road 117
Bono, AR 72416


Comcast Business
PO Box 71211
Charlotte, NC 28272-1211


Concur Technologies, Inc.
601 108th Ave, Ste. 1000
Long Beach, CA 90804


Consolidation Storage Co. Inc.
dba Equipto
225 Main Street
Tatamy, PA 18085


Control Systems Integration Sp
575-C West Maple Court
Colton, CA 92324


Corporate Billing
P O Box 1726
Decatur, AL 35602


Courts Management, LLC
110 South Hartford Ave. #200
Tulsa, OK 74120


CSD Structural Engineers
8989 NPort Washington Rd, #101
Milwaukee, WI 53217


CTAM dba Kable Kontrol
1623 Central Ave, Ste. 5
Cheyenne, WY 82001
```

```
Culver Equipment LLC
1606 S. 1st Ave
Phoenix, AZ 85003


Daifuku Intral Logistics Ameri
63 Northwind Pkwy
Hobart, IN 46342


Datamax, Inc.
P. O. Bix 2235
Saint Louis, MO 63109


Dematic Corp
P. O. Box 152117
Grand Rapids, MI 49505-2117


Dept of Workforce Services
Employer Account Services
P.O. Box 8007
Little Rock, AR 72203-8007


Designed &Assembly Concepts
10949 East Crystal Falls Pkwy
Leander, TX 78641


Designed Electrical Int., Inc.
45 Pine Crest Drive
Lancaster, KY 40444


Designed Mechanical Int., Inc.
45 Pine Crest Road
Lancaster, KY 40444


Dext Capital LLC
P. O. Box 74007351
Chicago, IL 60674-7351


Diversified Automation, Inc.
1914 Stanley Gault Parkway
Louisville, KY 40223
```

```
ECG Franklin LP
C/O Elmington Capital
1030 16th Ave. S. Ste. 500
Nashville, TN 37212


Electric Design & Motor
Control, Inc.
500 Giuseppe Ct #4`
Roseville, CA 95678


Elevated Steel, LLC
200 Princeton Blvd.
Adairsville, GA 30103


Enterprise Holdings, Inc.
P. O. Box 402383
Atlanta, GA 30384-2383


Epic Engineering, LLC
17048 Ave S.
Nashville, TN 37203


Exhititus, Inc.
5361 Royal Woods Pkwy
Tucker, GA 30084


Expeditors Canada
55 Standish Court, 11th Floor
Mississauga  ON L5R4A1


Fast Global Solutions, Inc.
20631 State Hwy 55
Glenwood, MN 56334


FIJI Funding
1950 Swarthmore Ave., Unit 2
Cerrillos, NM 87010


Fiji Funding
1950 Swathmore Ave
Unit 2
Lakewood, NJ 08701
```

Financial Servicing
11885 Lackland Road
Saint Louis, MO 63146


Financial Servicing, LLC
P O Box 5066
Hartford, CT 06102-5066


First Methodist Church
of Jonesboro, Inc.
2221 Hillpark Cove
Jonesboro, AR 72401


Fives Intra Logistics
4400 Commerce Crossings, #100
Louisville, KY 40229


Fletchline Electrical Services
5480 Lakeview Road
Springfield, TN 37172


Fletchline Inc.
5480 Lakeview Road
Springfield, TN 37172


FMH Conveyors LLC
P O Box 71284
Chicago, IL 60694-1284


Forvis Mazars, LLP
P. O. Box 1190
Springfield, MO 65801-1190


Generis Global Partners Corp.
555 Richmond Street W, #606
Box 119
Toronto   ON          M5V3B1


Granger
P. O. Box 419267
Dept. 432-859992059
Kansas City, MO 64141-6267

Graphic Info Systems, Inc.
7177 Central Parke Blvd
Mason, OH 45040-7451


Grid Connect, Inc.
1630 West Diehl Road
Naperville, IL 60563


Guest Engineering
27 North Lincoln Ave.
Newtown, PA 18940


Habasit America
P. O. Box 277416
Atlanta, GA 30384-7416


HB Medical Holdings, LLC
2221 Hillpark Cove
Jonesboro, AR 72401


Heartland Millwrights, Inc.
111615 US-70, Ste. 108B
#275
Arlington, TN 38002


Heritage Hauling, LLC
22854 Aqueduct Way
Moreno Valley, CA 92553


HH Barnum Company
7915 Lochlin Drive
Brighton, MI 48116


HW Integrated Systems LLC
7910 Innovation Way
Mason, OH 45040-9498


Hytrol Conveyor Company
2020 Hytrol Drive
Jonesboro, AR 72401

Inductive Automation, LLC
P. O. Box 2030
Folsom, CA 95763


Infinity Engineering Ser., LLC
5001 28th Street, Ste. 1040
Grand Rapids, MI 49512


Insight Automation, Inc.
2748 Circle Point Drive
Erlanger, KY 41018


Installation Team, LLC
202 E. Wheatland Rd., Ste. 150
Duncanville, TX 75116


Internal Revenue Service
700 W. Capitol Ave
Little Rock, AR 72201


Interroll USA, Inc.
P. O. Box 744144
Atlanta, GA 30384-4114


Intralox, LLC LiaTram Group
P. O. Box 930367
Dallas, TX 75373-0367


JDM Mechanical Installations,
8705 Business Circle #1
Converse, TX 78109


JMAP LLC
P. O. Box 9
Trumann, AR 72472


JR Automation Technologies
4190 Sunnyside Drive
Holland, MI 49424


Kaeser Compressors
P. O. Box 946
Fredericksburg, VA 22404

Kasa Company
418 East Ave. B
Salina, KS 67401


Ken Hendrix, Jr.
354 Housley Pt.
Hot Springs National Park, AR 71913


Ken Hendrix, Jr.
354 Housley Point
Hot Springs National Park, AR 71913


Koerber Supply Chain, LLC
P. O. Box 613209
Dallas, TX 75261


Labor Finders International
(Lakewood)
7033 W. Colfax Ave
Denver, CO 80214


Laborfinders Internation
(Birmingham)
417 2nd Ave North
Birmingham, AL 35204


Mad Men3, LLC
P. O. Box 259098
Madison, WI 53725-9098


Marck Recycling and Waster
6734 Hwy 141 North
Jonesboro, AR 72401


Mark Donovan


Marketing Logistics Int.
17500 York Road, Ste. 200
Hagerstown, MD 21740


Material Handling Industry
8720 Red Oak Blvd. #201
Charlotte, NC 28217

Material Handling Systems, Inc
131 Griffin Way
Mount Washington, KY 40047


Matthews Automation Solutions
P. O. Box 536457
Pittsburgh, PA 15253-5906


MHEDA
118 S. Main Street, Ste. 11
Wauconda, IL 60084


MHS LPS
131 Griffin Way
Mount Washington, KY 40047


Michael Holland
1125 Aqua Vista Drive NW
Gig Harbor, WA 98335


Mid Pacific Engineering, Inc.
P O Box 492067
Redding, CA 96049


Midwest Industrial Rubber, Inc
P. O. Box 208013
Dallas, TX 75320-8013


Mindstream Analytics, LLC
1021 E. Lincolnway, #264
Cheyenne, WY 82001


Monoflow International
P. O. Box 890066
Charlotte, NC 28289-0066


Motion Industries
P O. Box 849737
Dallas, TX 75284-9737


MPV Express, Inc.
P. O. Box 30507
Little Rock, AR 72260

```
Mr. Plastic
3117 Joshua Street
Little Rock, AR 72204


National Conveyer Install. LLC
1681 Vernon Road
Lagrange, GA 30240


National Dumpster Delivery
P. O. Box 188
Runnemede, NJ 08078


Neff Power Inc.
675 Spirit Valley Central Dr.
Chesterfield, MO 63005


New Millenium Contractors, Inc
P. O. Box 61
Taylorsville, GA 30178-1521


Nordgear Corporation
29287 Netword Place
Chicago, IL 60673-1292


Old Dominion Freighline InIc.
P. O. Box 841324
Dallas, TX 75284-1324


Om P. Nangia
12762 Winfield Pines Court
Saint Louis, MO 63131


Optimum
PO Box 70340
Philadelphia, PA 19176


Oracle America Inc.
500 Oracle Pkwy
Redwood City, CA 94065


Orantes Consulting, LLC
132 Carle Road, Ste, LLC
Westbury, NY 11590
```

```
Orest Kravets dba
Kravland, LLC
901 Bell Avenue
Sacramento, CA 95838-2704


Pardigm Holdings Group, LLC
385 W. Grove Ave.
Orange, CA 92865


Peerless Medical
P. O. Boix 1496
Framingham, MA 01701


QPS America, Inc.
5005 Rock Side Road, Ste. 600
Independence, OH 44131-6827


Rage Fabrications LLC
110 FIrestation Road
Trumann, AR 72472


RED Architectural Group
3436 Verdugo Road
Glendale, CA 91280


Reds Electrical Service, Inc.
611 N. Union Street
Whitesboro, TX 76273


Regal Beloit America, Inc.
P. O. Box 776077
Chicago, IL 60677-6077


RGB Services, Inc.
P. O. Box 1927
Jonesboro, AR 72403-1927


Ricardo L. Agosti
P. O. Box 700
Commerce, TX 75429
```

Roach Manufacturing Corp
P. O. Box 1310
Trumann, AR 72472


RS Americas Inc.
P. O. Box 841811
Dallas, TX 75284-1811


Running Threads, LLC
342 East Highland
Jonesboro, AR 72401


Rusco Packaging, Inc.
1010 Regal Row
Dallas, TX 75247


Scout Services, LLC
490 Quail Ridge Drive
Westmont, IL 60559


Seeker's Technology
301 S. McDowell Street
Suite 125-1250
Charlotte, NC 28204


Sew Eurodrive Inc.
P. O. Bx 951012
Dallas, TX 75395-1012


Sick, Inc.
Department CH16947
Palatine, IL 60055-6947


Signet Testing Laboratires, In
498 North 3rd Street
Sacramento, CA 95811


Silver Moon Trailers
1802 Commerce Drive
Jonesboro, AR 72401

Sintas
P. O. Box 8805
Chicago, IL 60680-1005


Southwestern Electrical Co. In
1638 East First Street North
Wichita, KS 67214


SpectrumVolp Inc.
PO BOx 733619
Dallas, TX 75373


State of Arkansas
Department of Finance & Admin
P.O. Box 3861
Little Rock, AR 72203-3861


State Taxing Authorities


Steele Solutions, Inc.
9909 S. 57th Street
Franklin, WI 53132


Summit Utilities Arkansas, Inc
PO Box 676344
Dallas, TX 75267


Sunbelt Finance
P.O. Box 1000
Memphis, TN 38148-0144


Systems Automated, LLC
8343 Gateway Drive
Argyle, TX 76226


Talos Engineer Products, LLC
541 Industrial Drive
Lewisburg, TN 37091


Theresa Yankoe
Dehnco Equipment & Sales, Inc
PO Boxz 866
Barrington, IL 60010

Town & Country
P. O. Box 407
Trumann, AR 72472


Transnorm System, Inc.
2810 Ave. E. East
Arlington, TX 76011


Travis McVay
MacKnight Safety Solutions
3902 Reese Road
Rosenberg, TX 77471


True, LLC
5855 Union Cntre Blvd., #100
Fairfield, OH 45014


Trusted Tech Team, LLC
5171 California Ave, Ste 250
Irvine, CA 92617


UKG, Inc.
P. O. Box 930953
Atlanta, GA 31193-0695


UL LLC
333 Pfingster Road
Northbrook, IL 60062


United Rental North America
P. O. Box 100711
Atlanta, GA 30384


United States Attorney
425 West Capitol, Suite 500
Little Rock, AR 72201


United States Treasury
Internal Revenue Service
P O Box 7317
Philadelphia, PA 19114

```
UPS
P. O. Box 650116
Waxahachie, TX 75165


V. Alexander
51 Germantown Court, #300
Cordova, TN 38018


Verizon Wireless
P. O. Box 660108
Dallas, TX 75266


Vertical Screen, Inc.
P O Box 1675
Southampton, PA 18966


VFP Fire Systems
301 York Ave.
Saint Paul, MN 55130


Wholesale Electric Supply, Inc
803 S Robinson Road
Texarkana, TX 75501


Wildeck, Inc.
405 Commerce Street
Waukesha, WI 53186


Wit-Con, LLC
5599 East Holmes Road
Memphis, TN 38118
```

# United States Bankruptcy Court
### Eastern District of Arkansas

In re   **S & H Systems, Inc**

Debtor(s)

Case No. _____

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **S & H Systems, Inc**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**February  2, 2026**

Date

**/s/ Kevin P. Keech**

**Kevin P. Keech 98147**

Signature of Attorney or Litigant

Counsel for   **S & H Systems, Inc**

**Keech Law Firm, PA**

**POB 194**

**Amity, AR 71921**

**501 221 3200 Fax:501 221 3201**

**kkeech@keechlawfirm.com**