**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

IN RE:   **S & H SYSTEMS, INC.**                                    Case No. 3:26-bk-10365
        **Debtor-in-Possession**                                    Chapter 11

**MOTION TO LIMIT NOTICE**

Comes the Debtor, S & H Systems, Inc. through its attorneys, Kevin P. Keech and Keech Law Firm, P. A. and for its Motion to Limit Notice states:

1.      Debtor owns and operates operating is a single-source, full-service systems integration company located in Jonesboro, Arkansas, that provides quality material handling solutions, engineering, installation and support services for eCommerce, warehousing and distribution markets.

2.      The Debtor filed a voluntary Chapter 11 Petition on February 2, 2026.  The Debtor is in possession of the Debtor's property and is operating its business as a Debtor-in-Possession pursuant to Bankruptcy Code §§ 1107 and 1108.

3.      The Debtor has a number of unsecured creditors and parties in interest, many of which are trade creditors to whom the Debtors have pre-petition indebtedness of less than $10,000.00

3.      Debtor is, contemporaneously with this Motion, filing so-called "First Day Motions" to facilitate its continued operations during the pendency of this Chapter 11 case.  In addition to the "First Day Motions," Debtor anticipates filing a number of procedural and administrative motions that will be required to further the administration of this case.  Cause exists to limit notice as requested in this Motion.

4.      Debtor requests the Court limit notice on the following First Day Motions to the U.S. Trustee, all secured creditors listed on Schedule D, taxing authorities listed on Schedule

E/F, and to Debtor's 20 largest unsecured creditors as listed on the Creditors Matrix on file with the Court.

 (a) Emergency Motion to Pay Pre-Petition Wages and Earnings to Employees and to Continue Pre-Petition Benefit Plans.

 (b) Emergency Motion of the Debtor Seeking Interim and Final DIP Orders (1) Authorizing the Debtor to Obtain Post-Petition Financing and Utilize Cash Collateral, (2) Granting Liens and Super-Priority Administrative Expense State, (3) Modifying the Automatic Stay, and (4) Seeking and Prescribing Form and Manner of Notice for Final Hearing.

 (c) Emergency Motion to Establish Adequate Protection for Utilities.

 (d) Application to Employ Kevin P. Keech as Counsel for the Debtor.

 5. Debtor further requests that notices of all motions except those set forth in Federal Rules of Bankruptcy Procedure 2002(a), (b), and (f) be limited to the parties to the motion, to the U.S. Trustee, taxing authorities listed on Schedule E, to all secured creditors listed on Schedule D, to the 20 largest unsecured creditors as filed by Debtor on its skeleton petition, and to all parties requesting notice.

 WHEREFORE, Debtor prays this Court enter an order limiting notice as set forth above and for all other good and proper relief.

       Respectfully submitted,

       _/s/ Kevin P. Keech._____
       Kevin P. Keech
       Keech Law Firm, PA
       PO Box 194
       Amity, Arkansas 71921
       501.221.3200

       ATTORNEYS FOR DEBTOR

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was filed via the Court's electronic filing system on February 3, 2026, which will send notice of such filing to all registered parties, and served via U.S. Mail to the Debtor's twenty largest creditors as listed on the Debtor's bankruptcy petition and creditors' matrix, US Trustee, US Attorney, Eastern District of Arkansas, US Attorney General, US Treasury, IRS, all of Debtor's known secured creditors at the addresses listed on Debtor's petition and creditors' matrix, and via e-mail to counsel for Corporate Billing, Eric Ray, etray@hklaw.com, to counsel for Ace Funding Source, Ariel Bouskila, ari@bblawpllc.com.

/s/  *Kevin P. Keech*
Kevin P. Keech