**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

IN RE: S & H SYSTEMS, INC.                    Case No. 3:26-bk-10365
                                                             **(Chapter 11)**
    **Debtor**

### MOTION TO APPEAR PRO HAC VICE OF ALEXANDER F. BERK

Pursuant to Local Rule 2090-1(b) of the United States Bankruptcy Court for the Eastern District of Arkansas, petitioner Alexander F. Berk ("**Petitioner**"), through co-counsel, Branch T. Fields, for Genuine Parts Company, files this Motion to Appear *Pro Hac Vice* and states as follows:

1. Local Rule 2090-1(b) provides that, "Any attorney who is a member in good standing of the bar of another state may be admitted to this Court *pro hac vice* upon a proper showing of qualifications to participate in a particular case or proceeding before this Court."

2. Petitioner is a partner of the law firm of Barack Ferrazzano Kirschbaum & Nagelberg LLP located at 200 West Madison Street, Suite 3900, Chicago, IL 60606. Petitioner is an attorney licensed to practice in the following jurisdictions:

    a. Northern District of Illinois; and,

    b. Eastern District of Michigan.

3. Petitioner is in good standing and eligible to practice in all courts to which he is admitted, as evidence by his Affidavit in Support of Motion to Appear Pro Hac Vice, attached hereto as Exhibit "A" and incorporated herein by reference.

4. Petitioner has been engaged by Genuine Parts Company as co-counsel to represent it in this bankruptcy proceeding *pro hac vice* given Petitioner's experience.

5. Pursuant to Local Rule 2090-1, Genuine Parts Company is also represented by Arkansas counsel Lax, Vaughan, Fortson, Rowe & Threet, P.A. in this matter.

1

WHEREFORE Alexander F. Berk respectfully requests that he be permitted by comity and courtesy to appear, file pleadings, and participate pro hac vice in the above referenced bankruptcy proceeding.

        Respectfully submitted,

        LAX, VAUGHAN, FORTSON,
          ROWE & THREET, P.A.
        Cantrell West Building
        11300 Cantrell Road, Suite 201
        Little Rock, AR 72212
        Phone: (501) 376-6565
        FAX: (501) 376-6666

        By:   /s/ Branch T. Fields_____
               Branch T. Fields (2008143)
               Attorneys for Genuine Parts Company

        And

        Barack Ferrazzano Kirschbaum & Nagelberg LLP
        200 West Madison Street, Suite 3900
        Chicago, IL 60606
        Phone: (312) 629-7301
        Fax: (312) 984-3150
        Alexander.berk@bfkn.com

        By:   /s/ Alexander F. Berk_____
               Alexander F. Berk (ARDC No. 6329444)
               Attorneys for Genuine Parts Company

## CERTIFICATE OF SERVICE

The foregoing notice of appearance was filed electronically with the Bankruptcy Court's CM/ECF filing system on this 26th day of February, 2026, and upon filing interested parties associated with this bankruptcy proceeding received an electronic notice of its filing.

        /s/ Branch T. Fields_____
          Branch T. Fields

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

IN RE: S & H SYSTEMS, INC.                                    Case No. 3:26-bk-10365
                                                              (Chapter 11)
    Debtor

## AFFIDAVIT OF ALEXANDER F. BERK IN
## SUPPORT OF MOTION TO APPEAR PRO HAC VICE

I, Alexander F. Berk, do hereby declare:

1. I am a partner at the law firm of Barack Ferrazzano Kirschbaum & Nagelberg LLP located at 200 West Madison Street, Suite 3900, Chicago, IL 60606. My telephone number is (312) 629-7301 and my fax number is (312) 984-3150. My e-mail address is alexander.berk@bfkn.com.

2. I am admitted to practice in the following jurisdictions:

    a. Northern District of Illinois; and

    b. Eastern District of Michigan..

3. I am in good standing and eligible to practice in all courts to which I am admitted.

4. I declare under penalty of perjury that the foregoing is true and correct.

SIGNED this 25th day of February 2026.

                                                                           Alexander F. Berk

EXHIBIT A

4157593.v1

## VERIFICATION

**STATE OF ILLINOIS** )
)
**COUNTY OF COOK** )

Subscribed and sworn to before me, a notary public, on this 25th day of February 2026.

IN WITNESS WHEREOF, I have hereunto set my hand and official seal.

_____
Notary Public

My Commission Expires:

09/19/2026

JAMES A. TUCKER
OFFICIAL SEAL
Notary Public - State of Illinois
My Commission Expires
September 19, 2026

2

4157593.v1